# EXHIBIT 2

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI
Honorable Michael W. Noble, Judge

| | |
|---|---|
| MARGO GILL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| V. | ) Cause No. 2322-CC01251 |
| | ) |
| MEAD JOHNSON & CO., ET AL., | ) |
| | ) |
|    Defendants. | ) |

**TRIAL TRANSCRIPT**

**Friday, July 12, 2024**

**VOLUME 4B**

Sherry L. Gantner, RPR, CCR #839
Official Court Reporter
City of St. Louis Circuit Court
Twenty-Second Judicial Circuit

```
00:00:59   1              INDEX

00:00:59   2
00:00:59           JULY 12, 2024
00:00:59   3

00:00:59   4   PLAINTIFF'S EVIDENCE

00:00:59   5   DR. RANDAL BUDDINGTON

00:00:59   6       Direct Examination By Mr. Plattenberger  . . . . 838

00:00:59   7       Cross-Examination By Ms. Elizabeth . . . . . . . 854

00:00:59   8       Redirect Examination By Mr. Plattenberger  . . . 901

00:00:59   9   Reporter's Certificate                      909

00:00:59  10

00:00:59  11

00:00:59  12            E X H I B I T S

00:00:59  13

00:00:59  14   Exhibit P01167                              839
00:00:59
00:00:59  15   Exhibit P01162                              842
00:00:59
00:00:59  16   Exhibit P00685                              843
00:00:59
00:00:59  17   Exhibit P00684                              844
00:00:59
00:00:59  18   Exhibit P09608                              888

          19

          20

          21

          22

          23

          24

          25
```

| | | |
|---|---|---|
| 13:33:13 | 1 | not, so I'm not going to restrict -- it is what it is. |
| 13:33:17 | 2 | It is his compensation and so I think it is probative, |
| 13:33:20 | 3 | especially the way counsel is saying they are going to |
| 13:33:23 | 4 | use it in terms of allocation of resources as well as |
| 13:33:27 | 5 | for the bonus structure for the sales reps. |
| 13:33:31 | 6 | So I'm going to deny the request to overrule |
| 13:33:39 | 7 | Special Master Norton regarding the deposition of |
| 13:33:45 | 8 | Miles White. |
| 13:33:47 | 9 | All right.  Let's move on. |
| 13:33:49 | 10 | **MS. COBERLY:**  Do you want to talk about |
| 13:33:50 | 11 | Bouzamondo? |
| 13:33:51 | 12 | **THE COURT:**  Let's do that at a break.  I |
| 13:33:53 | 13 | want to get some evidence. |
| 13:34:47 | 14 | (The following proceedings were held in the |
| 13:34:47 | 15 | courtroom in the presence of the jury:) |
| 13:35:34 | 16 | **THE COURT:**  Welcome back from lunch. |
| 13:35:53 | 17 | Welcome back, sir.  You are reminded you are |
| 13:35:57 | 18 | under oath and kind of get yourself resituated with |
| 13:36:01 | 19 | that microphone, please. |
| 13:36:04 | 20 | Your witness. |
| 13:36:04 | 21 | **MR. PLATTENBERGER:**  Thank you, Your Honor. |
| 13:36:04 | 22 | Welcome back, everybody. |
| 13:36:04 | 23 | **DIRECT EXAMINATION** |
| 13:36:06 | 24 | **BY MR. PLATTENBERGER:** |
| 13:36:06 | 25 | Q.   Welcome back, Doctor.  Good to see you |

| | | |
|---|---|---|
| 13:36:11 | 1 | again. |
| 13:36:11 | 2 | I think we left off at the point in the |
| 13:36:13 | 3 | story where you had concluded the research that Abbott |
| 13:36:17 | 4 | hired you to do and published the results of that |
| 13:36:20 | 5 | research; is that right? |
| 13:36:21 | 6 | A.   Correct. |
| 13:36:22 | 7 | Q.   Okay.  And so ended your relationship with |
| 13:36:29 | 8 | Abbott at least at that time; is that accurate? |
| 13:36:33 | 9 | A.   It is. |
| 13:36:33 | 10 | Q.   But at some point, you reestablished contact |
| 13:36:39 | 11 | with Abbott; is that right? |
| 13:36:40 | 12 | A.   I did. |
| 13:36:42 | 13 | **MR. PLATTENBERGER:**  Your Honor, we offer |
| 13:36:43 | 14 | P1167. |
| 13:36:49 | 15 | **THE COURT:**  1167. |
| 13:36:53 | 16 | **MS. ELIZABETH:**  No further objections, Your |
| 13:36:54 | 17 | Honor. |
| 13:36:54 | 18 | **THE COURT:**  Her previous -- over previous |
| 13:36:57 | 19 | objections, it will be admitted. |
| 13:36:59 | 20 | **MR. PLATTENBERGER:**  Thank you, Your Honor. |
| 13:37:00 | 21 | **THE COURT:**  You may publish. |
| 13:37:01 | 22 | Q.   (By Mr. Plattenberger)  Okay.  We are going |
| 13:37:02 | 23 | to run through some emails about this time period |
| 13:37:05 | 24 | where you reestablished contact with Abbott, okay? |
| 13:37:09 | 25 | A.   Okay. |

13:37:09    1       Q.   And it looks like this was August 31st of

13:37:16    2    2020.  Do you see that?

13:37:18    3       A.   I do.

13:37:18    4       Q.   And you are on this email?  Is that your

13:37:22    5    email address?

13:37:23    6       A.   It is.

13:37:24    7       Q.   It was from Matt Kuchan at Abbott.  You told

13:37:27    8    us about -- or you told the jury about him earlier; is

13:37:31    9    that right?

13:37:31   10       A.   I did.

13:37:31   11       Q.   And also on this email is a Dr. Barrett

13:37:35   12    Reis, the jury met her briefly in opening; is that

13:37:39   13    right?

13:37:40   14       A.   That is her.

13:37:41   15       Q.   That is her.

13:37:43   16            So Mr. Kuchan introduces you.  It says, "AM

13:37:50   17    -- that's Abbott -- has worked with Randy for a long

13:37:53   18    time dating back to these two gentlemen," and puts you

13:37:58   19    in contact with Dr. Reis; is that correct?

13:38:01   20       A.   He did.

13:38:03   21       Q.   Now, this quote here, was that something

13:38:05   22    that you wrote?

13:38:06   23       A.   It is.

13:38:07   24       Q.   Okay.  And you wrote -- when did you write

13:38:11   25    that and who did you write it to?

| 13:38:13 | 1 | A. I wrote it to Matt Kuchan just proceeding |
| 13:38:18 | 2 | apparently that return email from him. |
| 13:38:22 | 3 | Q. Okay. What you wrote is: "I would also be |
| 13:38:25 | 4 | grateful for the name and contact info for the person |
| 13:38:29 | 5 | at Abbott I can reach out to about a possible clinical |
| 13:38:33 | 6 | trial in South Asia evaluating a lactose only formula |
| 13:38:41 | 7 | for preterm infants using the standard formula as the |
| 13:38:42 | 8 | control." |
| 13:38:42 | 9 | Do you see that? |
| 13:38:43 | 10 | A. I do. |
| 13:38:44 | 11 | Q. This lactose only formula, that was the |
| 13:38:47 | 12 | formula from your research that showed reduction in |
| 13:38:51 | 13 | NEC, true? |
| 13:38:51 | 14 | A. Yes. |
| 13:38:53 | 15 | Q. Okay. And you write to Abbott: "As I |
| 13:38:58 | 16 | mentioned, a large NICU in India switched to a lactose |
| 13:39:02 | 17 | only term formula for preemies and NEC all but |
| 13:39:06 | 18 | disappeared." |
| 13:39:08 | 19 | Do you see that? |
| 13:39:09 | 20 | A. I do. |
| 13:39:09 | 21 | Q. How did you come into that information? |
| 13:39:12 | 22 | A. A colleague of mine, Scott Howard, is a |
| 13:39:16 | 23 | pediatric oncologist who goes to South Asia and had |
| 13:39:21 | 24 | gone to visit a very large NICU in India and had met |
| 13:39:27 | 25 | with the director of that NICU who explained to him |

| | | |
|---|---|---|
| 13:39:31 | 1 | that they had a very high incidence of NEC in that |
| 13:39:37 | 2 | NICU when they had been feeding a routine preterm |
| 13:39:43 | 3 | formula, which would include glucose polymers. |
| 13:39:46 | 4 | So he decided to try something different and |
| 13:39:50 | 5 | he switched to a term formula, which only had lactose. |
| 13:39:55 | 6 | And as I wrote there, at that point in time the |
| 13:39:59 | 7 | incidence of NEC in that unit fell. |
| 13:40:04 | 8 | Q. And it looks like Dr. Reis responds and |
| 13:40:10 | 9 | writes: "No problem. I like his hypothesis." |
| 13:40:15 | 10 | There is one glitch. She doesn't know if |
| 13:40:19 | 11 | India would allow research on human milk substitutes |
| 13:40:22 | 12 | in the NICU. |
| 13:40:24 | 13 | Do you see that? |
| 13:40:25 | 14 | A. I do. |
| 13:40:25 | 15 | Q. As we move up the chain, you then email |
| 13:40:31 | 16 | Dr. Reis directly; is that right? |
| 13:40:33 | 17 | A. I did. |
| 13:40:38 | 18 | Q. And you directly and personally inform her |
| 13:40:43 | 19 | of the results of your research and what you had |
| 13:40:48 | 20 | learned about the NICU in India; is that right? |
| 13:40:52 | 21 | A. Correct. |
| 13:40:53 | 22 | Q. You tell Dr. Reis that removing the glucose |
| 13:40:58 | 23 | polymers and using lactose effectively eliminated NEC |
| 13:41:04 | 24 | among the pigs and the reduction of NEC in the NICU in |
| 13:41:09 | 25 | India, correct? |

| | | |
|---|---|---|
| 13:41:11 | 1 | A.   Correct. |
| 13:41:17 | 2 | **MR. PLATTENBERGER:**  I'd like to offer 1162, |
| 13:41:19 | 3 | Your Honor. |
| 13:41:20 | 4 | **THE COURT:**  1162? |
| 13:41:25 | 5 | **MS. ELIZABETH:**  No objection. |
| 13:41:27 | 6 | **THE COURT:**  It will be admitted over the |
| 13:41:28 | 7 | previous objection. |
| 13:41:31 | 8 | **MR. PLATTENBERGER:**  Thank you, Your Honor. |
| 13:41:32 | 9 | Q.   (By Mr. Plattenberger)  Okay.  So this picks |
| 13:41:33 | 10 | up on the email chain.  And on September 17th you send |
| 13:41:43 | 11 | an email to Dr. Reis and you say:  "Just a quick |
| 13:41:48 | 12 | follow-up to learn if we could do this study that you |
| 13:41:52 | 13 | are suggesting.  And also would like to schedule a |
| 13:41:55 | 14 | time to talk.  I would welcome your advice, insights |
| 13:41:59 | 15 | and suggestions." |
| 13:42:00 | 16 | Do you see that? |
| 13:42:01 | 17 | A.   I do. |
| 13:42:01 | 18 | Q.   And she responded, looks like also on |
| 13:42:04 | 19 | September 17th she responded to you, said:  I've been |
| 13:42:07 | 20 | really busy.  I'd like to discuss your idea.  I'm on |
| 13:42:11 | 21 | vacation until these dates. |
| 13:42:12 | 22 | Do you see that? |
| 13:42:13 | 23 | A.   I do. |
| 13:42:14 | 24 | Q.   Were you able to establish -- let's just |
| 13:42:17 | 25 | finish off the chain. |

| | | |
|---|---|---|
| 13:42:19 | 1 | You write back and say: Any of those work |
| 13:42:21 | 2 | for me. We can set a day and time. Good luck. |
| 13:42:28 | 3 | Right? |
| 13:42:29 | 4 | A. Correct. |
| 13:42:31 | 5 | Q. Did you ever have contact with Dr. Reis |
| 13:42:34 | 6 | after you sent her this email on September 17th of |
| 13:42:40 | 7 | 2020? |
| 13:42:41 | 8 | A. Not that I recollect. |
| 13:42:46 | 9 | **MR. PLATTENBERGER:** Your Honor, we offer |
| 13:42:47 | 10 | 685. |
| 13:42:49 | 11 | **THE COURT:** 685. |
| 13:42:53 | 12 | **MS. ELIZABETH:** No objection. |
| 13:42:54 | 13 | **THE COURT:** All right. It will be admitted. |
| 13:42:56 | 14 | **MR. PLATTENBERGER:** Thank you, Your Honor. |
| 13:42:59 | 15 | Q. (By Mr. Plattenberger) You write to her |
| 13:42:59 | 16 | again on October 11th. So roughly three weeks later; |
| 13:43:07 | 17 | is that correct? |
| 13:43:08 | 18 | A. Correct. |
| 13:43:09 | 19 | Q. And why are you writing to her again? I |
| 13:43:12 | 20 | know it says it right there, but this is you |
| 13:43:15 | 21 | continuing to try to reach out and get this done? |
| 13:43:18 | 22 | A. Exactly. |
| 13:43:18 | 23 | Q. And you are not getting any response from |
| 13:43:20 | 24 | Dr. Reis or anyone else at Abbott; is that correct? |
| 13:43:22 | 25 | A. I did not. |

| | | |
|---|---|---|
| 13:43:24 | 1 | Q.   And here again you say:  "Let me know when |
| 13:43:28 | 2 | you might have time and I will adjust my schedule |
| 13:43:31 | 3 | accordingly." |
| 13:43:33 | 4 | Right? |
| 13:43:33 | 5 | A.   Correct. |
| 13:43:35 | 6 | Q.   Okay. |
| 13:43:43 | 7 | **MR. PLATTENBERGER:**  We offer 684, Your |
| 13:43:46 | 8 | Honor. |
| 13:43:46 | 9 | **THE COURT:**  684? |
| 13:43:48 | 10 | **MS. ELIZABETH:**  No objection. |
| 13:43:49 | 11 | **THE COURT:**  It will be admitted. |
| 13:43:51 | 12 | Q.   (By Mr. Plattenberger)  This is another |
| 13:43:52 | 13 | email from you to Dr. Reis; is that correct? |
| 13:43:55 | 14 | A.   It is. |
| 13:43:56 | 15 | Q.   And here it is October 29th.  You say: |
| 13:44:03 | 16 | "Good morning, are you still interested in talking |
| 13:44:06 | 17 | about this concept of a preterm formula with only |
| 13:44:11 | 18 | lactose, no maltodextrin as a source of carbohydrate |
| 13:44:12 | 19 | to avoid NEC.  If so, can we schedule a day and time |
| 13:44:19 | 20 | next week to talk." |
| 13:44:21 | 21 | Is that right? |
| 13:44:21 | 22 | A.   It is. |
| 13:44:22 | 23 | Q.   Did you receive any response to this email? |
| 13:44:25 | 24 | A.   I did not. |
| 13:44:29 | 25 | Q.   And have you heard from or have any |

| | | |
|---|---|---|
| 13:56:04 | 1 | **MR. PLATTENBERGER:** Last question. Thank |
| 13:56:05 | 2 | you. |
| 13:56:05 | 3 | Go ahead, sir. |
| 13:56:06 | 4 | **THE WITNESS:** I didn't know that Andrea had |
| 13:56:09 | 5 | NEC as an infant until we had already started these |
| 13:56:14 | 6 | studies. So I wasn't drawn to NEC because of her, but |
| 13:56:19 | 7 | I learned afterwards after we had already started our |
| 13:56:25 | 8 | NEC studies that she was another infant that developed |
| 13:56:28 | 9 | NEC, and she was born in 1984. |
| 13:56:31 | 10 | At that time, Carol could not produce breast |
| 13:56:34 | 11 | milk so she had to be given formula. And at that |
| 13:56:39 | 12 | point in time because preterm infants need more |
| 13:56:41 | 13 | energy, they provided more energy in the form of corn |
| 13:56:47 | 14 | syrup and so... |
| 13:56:54 | 15 | I don't know if I answered your question, |
| 13:56:55 | 16 | but... |
| 13:56:56 | 17 | Q. (By Mr. Plattenberger) Perfectly. Thank |
| 13:56:57 | 18 | you. |
| 13:56:58 | 19 | Were all of the opinions that you have |
| 13:57:00 | 20 | offered here today to the jury to a reasonable degree |
| 13:57:03 | 21 | of scientific certainty within your field? |
| 13:57:05 | 22 | A. Yes, they are. |
| 13:57:07 | 23 | **MR. PLATTENBERGER:** Thank you very much, |
| 13:57:08 | 24 | Doctor. I'm going to turn you over to Abbott's |
| 13:57:11 | 25 | questioning now. |

| | | |
|---|---|---|
| 15:00:50 | 1 | Q. About 40. We went through that. |
| 15:01:07 | 2 | You know that Abbott has expertise in the |
| 15:01:10 | 3 | legal and regulatory aspects of running clinical |
| 15:01:14 | 4 | trials, correct? |
| 15:01:15 | 5 | A. I would assume they do. |
| 15:01:18 | 6 | Q. And you didn't tell the jury that Bridget |
| 15:01:22 | 7 | Barrett Reis responded to your email and said, I |
| 15:01:26 | 8 | believe India does not allow research on human milk |
| 15:01:28 | 9 | substitutes in the NICU, right? |
| 15:01:32 | 10 | A. I believe that was in that document, so you |
| 15:01:34 | 11 | did see that comment from. |
| 15:01:44 | 12 | Q. After the email chains that you showed where |
| 15:01:46 | 13 | you said Abbott didn't respond to you again when you |
| 15:01:50 | 14 | weren't associated with the university and you weren't |
| 15:01:53 | 15 | actually working with Abbott at the time, you didn't |
| 15:01:55 | 16 | try to contact anyone else at Abbott to try and |
| 15:01:59 | 17 | follow-up about clinical research proposals for |
| 15:02:01 | 18 | lactose only formulas, right? |
| 15:02:04 | 19 | A. I went to Matt Kuchan and he referred me to |
| 15:02:05 | 20 | Bridget Barret Reis because she was in charge of |
| 15:02:08 | 21 | clinical trials, so I did not know anybody else to |
| 15:02:12 | 22 | whom I could contact. |
| 15:02:18 | 23 | Q. Since 2021, though, Dr. Buddington, you |
| 15:02:21 | 24 | never reached out to anyone else in the scientific or |
| 15:02:26 | 25 | commercial community about possibly running a clinical |