# EXHIBIT 3

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI
Honorable Michael W. Noble, Judge

| | |
|---|---|
| K.W., A MINOR, BY AND THROUGH ) | |
| HIS NEXT FRIEND, ELIZABETH WHITFIELD, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| V ) | CAUSE NO. |
| ) | 2222-CC06214 |
| ) | |
| ST. LOUIS CHILDREN'S HOSPTIAL, ) | |
| MEAD JOHNSON & COMPANY, LLC., ) | DIVISION 22 |
| MEAD JOHNSON NUTRITION COMPANY, ) | |
| ABBOTT LABORATORIES, AND ) | |
| ABBOTT LABORATORIES, INC., ) | |
| ) | |
| DEFENDANTS ) | |

TRIAL TRANSCRIPT

OCTOBER 11, 2024

VOLUME 10A

RENEE LYNN BIERMAN, CSR, CCR
OFFICIAL COURT REPORTER
CITY OF ST. LOUIS CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT

1    A.    You did.

2    Q.    And was that the conclusion of your report?

3    A.    Yes.

4    Q.    Did you send this to Abbott?

5    A.    Yes.

6    Q.    What was Abbott's response?

7    A.    Initially, what was passed on to me,

8    unfortunately, was a comment that this would be bad for

9    business.

10    Q.    Did they ask you to make any changes to your

11    manuscript?

12    A.    At that point in time, I was dealing with Matt

13    Kuchan, and he made some suggestions for verbiage in some

14    of the drafts.

15         There was a request from Abbott that we include

16    a statement that our results indicate the preterm pig is

17    not a good model for the preterm infant.

18    Q.    Did you agree with that?

19    A.    I did not.  And, so, we did not include that in

20    the manuscript, because there was no reason, no evidence

21    for that statement.

22    Q.    Okay.  So, prior to you sending him these

23    results did anybody at Abbott ever criticize your pig

24    model?

25    A.    Not that I was aware of.

2695

1       A.      A good friend of mine, a pediatric oncologist

2   who I work with, was actually over in India, and then

3   visited this very large NICU, where it was explained to

4   him that when they were feeding the -- the regular preterm

5   formula that includes glucose polymers, they had a very

6   serious NEC problem.

7               And, so, he decided to switch to a term formula,

8   which, by the way, has only lactose in it.  And when they

9   did that, NEC basically was eliminated from that NICU.

10      Q.      Okay.  So you are -- you are asking them about a

11  potential clinical trial in Southeast Asia?

12      A.      Correct.

13      Q.      Okay.  And why did you think that your -- that

14  might be able to be done?

15      A.      The reason for that is if you take a look at

16  India, Bangladesh, Pakistan, they don't have established

17  breast milk banks, and, in some cases, there are cultural

18  issues with using breast milk from another woman.  And,

19  so, as a result, if breast milk is not available -- and

20  that's often the case -- they have no choice but to feed

21  formula.

22              So the thought being this would be a good place

23  to do a clinical trial, because you're not going to take

24  breast milk away from infants, but, instead, you're going

25  to be able to see if an all-lactose formula would actually

2702

1    increases the incidence of NEC and produces distinct

2    metabolomic signatures despite modest changes in

3    microbiome profiles."

4           Did I read that correctly?

5    A.     You did.

6    Q.     All right.  Let's take a look just real quick,

7    one other thing in this paper, the second page, please.

8    And this is in the background section.

9           It says, "At least two dominant factors that are

10   thought to be causally associated with NEC are bacterial

11   colonization and enteral formula feeding."

12          Did I read that correctly?

13   A.     You did.

14   Q.     And this was in a paper written by Mead Johnson?

15   A.     That included authors and the input from Mead

16   Johnson.

17   Q.     Okay.  Doctor, were all of the opinions that

18   you've been giving today based on a reasonable degree of

19   scientific certainly?

20   A.     Yes, they are.  They're based on our own

21   studies, and those of colleagues that are also doing

22   research in this field.

23   Q.     Are -- are you here today testifying in this

24   courtroom because you're angry with Abbott?

25   A.     Not at all.

2711