# EXHIBIT 5

Page 1

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL CIRCUIT
CITY OF ST. LOUIS

K.W., a minor, by and )
through his Next Friend, )
ELIZABETH WHITFIELD, )
 )
         Plaintiff, )
 ) Cause No. 2222-CC06214
vs. )
 ) Dept. No. 22
ST. LOUIS CHILDREN'S )
HOSPITAL, et al., )
 )
         Defendants. )

DEPOSITION OF RANDAL BUDDINGTON, Ph.D.
TAKEN ON BEHALF OF DEFENDANTS
MAY 8, 2024

**HIGHLY CONFIDENTIAL**

Reported by Celena D. Davis, RPR, CCR, CSR
Missouri CCR No. 700



Page 164

1 would do differently with hindsight.
2     Q. When you were preparing this publication,
3 is there any information, any additional information
4 that you think would have been important to the reader
5 for you to have included?
6     A. There was some feedback from Abbott that
7 caused some softening of language. In fact, there was
8 even an attempt for us to not be able to publish this.
9     Q. Okay. All right. I'm going to get to
10 that.
11     Let's first start -- let's take a look at
12 your 2018 publication. And could you identify for me in
13 here where you, as the author, soften the language,
14 according to your words, based on feedback from Abbott?
15     A. I would have to go back and actually look
16 at some of the initial drafts and then some of the
17 comments that were provided from Abbott requesting
18 certain changes. I cannot point out any specific things
19 here. We're looking at something that goes back a long
20 ways.
21     Q. All right. So sitting here today, you
22 can't point to any paragraph or sentence in your 2018
23 publication where you, quote, softened the language due
24 to feedback from Abbott; correct?
25     A. I cannot point to any specific sentence



Page 209

1  were altogether prevented from publishing your research,
2  your 2018 study until after this master services
3  agreement expired, that would be incorrect; right?
4       A.   Nobody advised me to wait.
5       Q.   Okay.  And so -- thank you.  Let me -- I'll
6  ask that question, too.
7            So did anyone from Abbott ever ask you to
8  delay publishing the results of your 2018 study longer
9  than what you wanted to do?
10      A.   No.  The only requests, as we talked
11 earlier, were to make some changes.
12      Q.   All right.  And I really appreciate that.
13 And I appreciate the answer.  I am going to ask that one
14 more time, because this is a very important question and
15 I just want you to answer that question.
16           So did anyone from Abbott ever ask you to
17 delay publishing the results of your 2018 study longer
18 than what you wanted to do?
19      A.   No.
20      Q.   Okay.  Thank you.
21           You said you've concluded the study that
22 you published in 2018 somewhere around 2010 or 2011;
23 right?  That's your memory?
24      A.   That's when it was performed.
25      Q.   Is there anything unusual about the terms



Page 250

1     A.    I don't recall.
2     Q.    Okay.  You said earlier today that Matt
3  Kuchan asked you to soften the language in your draft
4  manuscript at some point in time.  Is that an accurate
5  summary of your memory?
6     A.    Yes, it is.
7     Q.    Okay.  Tell me everything that you remember
8  about that, please.
9     A.    Two issues:  These were not written on the
10 document.  Early on, when I sent what might have been
11 the initial manuscript to Abbott for review as a
12 courtesy, somebody in management said these results will
13 be bad for business.
14    Q.    Okay.  Let me stop.  I'm going to give you
15 all the opportunity -- can I ask some follow-up there,
16 or do you want to complete?
17    A.    No, let me finish.
18    Q.    Okay.  Complete.
19    A.    Thank you.
20          I continued -- since we were past the
21 agreement and I felt these results are very important, I
22 continued with the editing.
23          And it was also indicated that there was a
24 decision -- there was a desire for me to include in the
25 conclusions that our data indicate the preterm pig is



Page 251

1 not a good model for the preterm infant. I refused to
2 do that, because there is -- there are no data to
3 indicate that is not the case.
4        Both Mead Johnson and Abbott recognize the
5 pig, preterm pig, as the gold standard for doing preterm
6 nutritional research. It's also recognized as the gold
7 standard for a number of other studies of physiology and
8 anatomy.
9        That was really worrisome, both of those
10 comments.
11    Q.   Okay. Let's start with number one. You
12 said that when you initially sent your manuscript to
13 Matt Kuchan, somebody in Abbott management said that
14 these results will be bad for business; is that correct?
15    A.   It was one of the early drafts. Was it the
16 initial one or another one, I don't know.
17    Q.   Okay.
18    A.   All I know --
19    Q.   Okay. So you have never spoken to anyone
20 in Abbott management about your -- the results of your
21 research that you're discussing in the manuscript; is
22 that correct?
23    A.   I have not.
24    Q.   Okay. And so what is the basis for you --
25 well, strike that.



Page 252

1 Who told you that somebody in management at
2 Abbott said that the results reported in your manuscript
3 will be bad for business?
4     A.   It must have originated from Matt Kuchan.
5     Q.   When you say it must have originated from
6 Matt Kuchan --
7     A.   In terms of how I was told.
8     Q.   Right.
9     A.   Because that would have been my contact at
10 that time.
11     Q.   Okay. So how did Matt Kuchan relay to you
12 that somebody in Abbott management said that your
13 results from your -- reported in your draft management
14 would be bad for business? Was that in an e-mail? Was
15 it a phone conversation? Was it an in-person
16 conversation?
17     A.   I don't remember the venue. It was most
18 likely a telephone conversation. That's not something
19 you want documented.
20     Q.   Well, I'm going to move to strike that,
21 sir. So, please, I'm going to ask very factual
22 questions here, because this is important.
23     A.   And I'm trying to provide you factual
24 information.
25     Q.   Okay. Well, but I didn't ask you about

