# Exhibit 1

                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION


        * * * * * * * * * * * * * * * * * * * * * * * *

IN RE: ABBOTT LABORATORIES, ET      MDL 3026
AL., PRETERM INFANT NUTRITION
PRODUCTS LIABILITY LITIGATION       Master Docket No.
                                      1:22-cv-00071

                                    Hon. Rebecca P.
                                    Pallmeyer

This Document Relates to:

MAR v. ABBOTT LABORATORIES, N.D.
Ill. Case No. 22-cv-00232


        * * * * * * * * * * * * * * * * * * * * * * * *




        Video deposition of ANTHONY MAR taken by the
Defendant under the Federal Rules of Civil Procedure in
the above-entitled action, pursuant to notice, before
Elizabeth A. Hill, Registered Diplomate Reporter,
Certified Realtime Reporter, at the Hampton Inn,
5400 West Webster Road, Summersville, West Virginia,
9:21 a.m. - 11:12 a.m., on the 23rd day of April, 2025.




                    Magna Legal Services
                      866-624-6221
                     www.MagnaLS.com



Page 2

```
 1              APPEARANCES
 2   APPEARING FOR THE PLAINTIFF:
 3      Jose M. Rojas, Esquire
        Jaclyn Paride, Esquire (via Zoom)
 4      LEVIN, ROJAS, CAMASSAR, & RECK LLC
        391 Norwich-Westerly Road
 5      North Stonington, CT  06359
        rojas@ctlawyer.net
 6
        Wendy R. Fleishman, Esquire (via Zoom)
 7      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        250 Hudson Street, 8th Floor
 8      New York, NY  10013
        (212) 355-9500
 9      wfleishman@lchb.com
10   APPEARING FOR THE DEFENDANT:
11      Maureen L. Rurka, Esquire
        Veronica Sotos, Esquire (via Zoom)
12      WINSTON & STRAWN LLP
        35 West Wacker Drive
13      Chicago, IL  60601
        mrurka@winston.com
14      vsotos@winston.com
15   ALSO PRESENT:
16      Chris Leigh, Videographer
17      Raeghan O'Connor, Paralegal (via Zoom)
        Jazmin Taylor, Paralegal (via Zoom)
18      LEVIN, ROJAS, CAMASSAR, & RECK LLC
19
20
21
22
23
24
```

Page 3

```
 1              EXAMINATION INDEX
 2
 3                              PAGE
     Anthony Mar
 4
        BY MS. RURKA . . . . . . . . . . . . . . . .  6
 5
        BY MR. ROJAS . . . . . . . . . . . . . . . . 88
 6
        BY MS. RURKA . . . . . . . . . . . . . . . . 91
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1              EXHIBIT INDEX
 2
     NEW EXHIBITS               PAGE
 3
     Anthony Mar Exhibit
 4      1   Plaintiff Fact Sheet      86
 5
     Plaintiff's Exhibit
 6     *1   Similac Special Care Premature   88
            formula bottle with "use by" date
 7          of 1 Dec 2024
            (retained by Plaintiff's counsel)
 8
     PREVIOUSLY MARKED EXHIBITS
 9
10   Ericka Mar Exhibit
        27   Mountaineer Healthcare record    33
11
        28   State of West Virginia Mother's  26
12           Worksheet for Child's Birth
             Certificate
13
        29   Summersville Regional Hospital   30
14           Patient's Release from Responsibility
             for Refusal of Treatment
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
 1            P R O C E E D I N G S
 2          THE VIDEOGRAPHER:  Good morning.  We are
 3   going on the record at 9:21 a.m. on April 23rd, 2025.
 4          This is Media Unit 1 of the
 5   video-recorded deposition of Anthony Mar, taken by
 6   counsel for Plaintiff (sic) in the matter of Mar versus
 7   Abbott Laboratories, filed in the U.S. District Court
 8   for the Northern District of Illinois, Eastern
 9   Division, Case No. 22-cv-00232.
10          The location of the deposition is at the
11   Hampton Inn located in Summersville, West Virginia.
12          My name is Chris Leigh, representing
13   Veritext, and I am the videographer.  The court
14   reporter is Elizabeth Hill from Magna.
15          If there are any objections to
16   proceeding, please state them at the time of your
17   appearance.  Counsel and all present, including
18   remotely, will now state their appearances and
19   affiliations for the record, beginning with the
20   noticing attorney.
21          MS. RURKA:  Maureen Rurka from Winston &
22   Strawn on behalf of Abbott.
23          MR. ROJAS:  Good morning.  Jose Rojas on
24   behalf of the plaintiff, Ericka Mar.
```



Page 6

1    MS. RURKA: Veronica Sotos from Winston &
2 Strawn is also participating remotely.
3    THE VIDEOGRAPHER: Will the court
4 reporter please swear in the witness.
5    A N T H O N Y   M A R
6 was called as a witness by the Defendant, pursuant to
7 notice, and having been first duly sworn, testified as
8 follows:
9    EXAMINATION
10 BY MS. RURKA:
11    Q. Good morning, Mr. Mar.
12    A. Good morning.
13    Q. Could you please state your full name for the
14 record.
15    A. Anthony Lee Thomas Mar, II.
16    Q. And what is your date of birth?
17    A. February 22nd, 1995.
18    Q. You are the father of RaiLee Mar?
19    A. I am.
20    Q. And you understand that Ericka Mar is suing
21 Abbott Laboratories on behalf of RaiLee?
22    A. I do.
23    Q. And you understand the claims in this case are
24 related to necrotizing enterocolitis or NEC?

Page 7

1    A. I do.
2    Q. And that Ms. Mar is stating that Abbott's
3 product caused RaiLee's NEC?
4    A. I do.
5    Q. Okay. Given the nature of the claims in this
6 case, I understand this is going to be difficult. I
7 might have to ask you some personal questions, so I
8 apologize in advance for them, but I do have to get
9 them out on the record. Okay? And I know this is a
10 sensitive topic, so I apologize in advance for that as
11 well.
12    If you need a break, just ask for one and we can
13 take a break. My only request is that you answer the
14 question before we take the break, if you can. Okay?
15    Do you understand?
16    A. I understand.
17    Q. Okay. I'll be asking you questions, and
18 counsel might object to my questions. You still need
19 to answer the questions as they are asked. His
20 objections are just for the record, unless he instructs
21 you for some reason not to answer. Okay?
22    A. Okay.
23    Q. And your answers should be verbal, not just
24 gestures.

Page 8

1    A. All right.
2    Q. Just so the court reporter can take them down.
3 Okay?
4    A. Okay.
5    Q. And then I will try not to interrupt your
6 answer, if you could try not to interrupt my question,
7 just to make sure that the court reporter has a chance
8 to get everything down. Okay?
9    A. Okay.
10    Q. I will try to take breaks every hour. I don't
11 know how long this is going to last. It probably won't
12 last too long, but I'll try to take breaks every hour.
13 If you need a break before then, just ask for one.
14 Okay?
15    And do you understand you're under oath today --
16    A. I do.
17    Q. -- Mr. Mar? Okay.
18    And you understand that you're obligated to
19 testify truthfully and to the best of your ability?
20    A. Yes.
21    Q. Is there anything that would prevent you from
22 doing that today?
23    A. No.
24    Q. Do you still speak with Ms. Mar?

Page 9

1    A. I do.
2    Q. How often?
3    A. Very often. Every day.
4    Q. Every day. About this lawsuit?
5    A. No. Just in general about our other children
6 and things going on with us and the kids and whatnot.
7    Q. How many children do you have with her?
8    A. Two.
9    Q. And what are their names?
10    A. Athena Mar and Reidon Mar.
11    Q. Athena and Reidon?
12    A. Yes.
13    Q. How old is Athena?
14    A. 13.
15    Q. And how old is Reidon?
16    A. 10.
17    Q. And in between Athena and Reidon, is it right
18 that RaiLee was born --
19    A. Yes.
20    Q. -- in between them? Okay.
21    When did you become aware that Ms. Mar was filing
22 a lawsuit on behalf of RaiLee?
23    A. I couldn't tell you for sure. I know it was
24 sometime a few months ago, I believe.



Page 10

1    Q.  Okay.  And did she tell you why she decided to
2  file the lawsuit?
3    A.  Vaguely.
4    Q.  What did she say?
5    A.  She saw something online about how she could
6  reach out to somebody, and then she reached out.  And
7  that's really all I had until I started talking to her
8  more about it and I was told that I was going to be
9  involved, and that's it.
10    Q.  Who told you you were going to be involved?
11    A.  Ericka said I might be involved as a witness,
12  and then I was contacted through Attorney Rojas.
13    Q.  Okay.  So Ericka first told you that you might
14  be a witness, and then Mr. Rojas --
15    A.  Potentially, yes.  She said I could
16  potentially be a witness.  She wasn't sure, at all,
17  herself.
18    Q.  Did she tell you anything about what you might
19  be a witness about?
20    A.  No.
21    Q.  Did she ask you if you wanted to join the
22  lawsuit as a plaintiff?
23    A.  I don't believe she ever asked that directly.
24    Q.  Did she -- did she personally ask you to

Page 11

1  testify in this case?
2    A.  No.
3    Q.  Did she promise you anything in exchange for
4  testifying in this case?
5    A.  No.
6    Q.  Were you ever told that you would get -- could
7  get damages for testifying in this case?
8    A.  No.
9    Q.  Did you talk to Ms. Mar about the deposition
10  today?
11    A.  I told her I was having a deposition, yes.
12    Q.  Okay.  Did she say anything in response?
13    A.  No.  Just "Good luck."
14    Q.  And did you review her deposition transcript
15  before today?
16    A.  No.
17    Q.  Did you know she was deposed?
18    A.  Yes.
19    Q.  Did you know at the time she was being deposed
20  that she was deposed?
21    A.  No.
22    Q.  How long ago did she tell you that you might
23  be testifying as a witness in this case?
24    A.  I couldn't place a time.  I couldn't tell you

Page 12

1  for sure.  I just know it was, again, a couple months
2  ago, I'm sure, when we discussed everything initially.
3    Q.  Okay.  So when you discussed everything,
4  meaning just the lawsuit generally?
5    A.  Yeah.  When she had told me about her
6  deposition and her being involved and that it was
7  moving forward.  That's when she had decided to discuss
8  things with me.
9    Q.  Do you plan to testify at trial in this case?
10    A.  At this point, I'm unsure because I know I
11  would have to travel for it, and with my work schedule,
12  it's complicated, and if I take one day off, I have to
13  take an entire week off.  So I have to get in line with
14  them before I can make a decision for sure.
15    Q.  And what do you plan to testify about if
16  you're called at trial?
17    MR. ROJAS:  Objection.  Vague.
18    A.  Just whatever I'm supposed to testify for
19  regarding RaiLee.  That's what this is about.
20    Q.  Did Mr. -- Mr. Rojas, did he talk to you
21  about -- this is a yes-or-no question.  Did he talk to
22  you about whether and what you might testify to at
23  trial?
24    A.  No.

Page 13

1    Q.  Is he acting as your attorney today?
2    A.  No, I don't believe so.
3    Q.  What did he tell you when you spoke with him?
4    A.  To be open and honest and just tell the truth
5  and then asked me if there were any closer hotels than
6  where he was staying.  That was it.
7    Q.  Okay.  Did you do anything to prepare for the
8  deposition today?
9    A.  No.
10    Q.  You didn't meet with Mr. Rojas to talk about
11  the deposition or what might be asked?
12    A.  No.
13    Q.  Is that fair?  Okay.
14    Did you talk to anyone other than Mr. Rojas and
15  Ms. Mar about the deposition today?
16    A.  No.  My mother, actually.
17    Q.  Okay.
18    A.  Because she's getting deposed today as well, I
19  guess.
20    Q.  And what did you -- that's Rebecca Lambert; is
21  that right?
22    A.  Yeah.
23    Q.  And what did you and Ms. Lambert talk about?
24    A.  I just asked her what time hers was and if it



Page 14

1 was on the same day, because I was going to be her
2 transportation, if need be, but she got her own thing
3 worked out.
4    Q. Did you review any documents to prepare for
5 today's deposition?
6    A. No.
7    Q. Okay. So, Mr. Mar, what is your current
8 address?
9    A. 700 Kanawha Street in Gassaway, West Virginia.
10    Q. In -- I'm sorry?
11    A. Gassaway, West Virginia.
12    Q. Okay. And how long have you lived there?
13    A. Just a couple months.
14    Q. Did you -- where did you live at the time
15 RaiLee was born?
16    A. In Flatwoods. Sutton, West Virginia.
17 54 Ashley Place I believe is the address.
18    Q. Okay. And at the time, you were married to
19 Ms. Mar --
20    A. Yes.
21    Q. -- Ms. Ericka Mar?
22    When I say "Ms. Mar," I'll be referring to Ericka
23 Mar. Is that okay?
24    A. That's fine.

Page 15

1    Q. Does anyone else currently live with you at
2 your current address?
3    A. Yeah. I live with my girlfriend right now.
4    Q. So, Mr. Mar, did you graduate high school?
5    A. I have my GED.
6    Q. Your GED. And when did you get that?
7    A. 2012.
8    Q. I'm sorry?
9    A. 2012.
10    Q. Did you go to college at all?
11    A. No.
12    Q. Did you do trade school?
13    A. No.
14    Q. Did you have any education beyond high school?
15    A. No.
16    Q. And it's correct that you don't have any
17 medical training; right?
18    A. Right.
19    Q. So you have no training in infant nutrition.
20 Is that fair?
21    A. That's fair.
22    Q. Are you currently employed, Mr. Mar?
23    A. Yes.
24    Q. And where are you employed?

Page 16

1    A. Fast Fuel through Canton Meadows,
2 Incorporated.
3    Q. And what is your position there?
4    A. I'm a laborer.
5    Q. How long have you been there?
6    A. Five, six months now.
7    Q. And before that, where were you employed?
8    A. Osmose Utilities.
9    Q. I'm sorry?
10    A. Osmose Utilities.
11    Q. Okay. And what was your position there?
12    A. I was a ground line inspector for power poles.
13    Q. And how long were you employed there?
14    A. A little over a year.
15    Q. Have you ever worked in a hospital?
16    A. No.
17    Q. Do you currently have any other sources of
18 income other than your current job?
19    A. No.
20    Q. Do you have any criminal history?
21    A. I do.
22    Q. What is your criminal history?
23    A. I have -- I believe it's possession. I
24 believe before that I have a few other misdemeanors. I

Page 17

1 couldn't tell you exactly what the charges are for,
2 except that I know that I have a felony for possession,
3 and then I also have the misdemeanors, and that's it.
4    MR. ROJAS: And if I may, I just want to
5 state an objection to any questions regarding criminal
6 history. Move to strike the previous question and
7 answer to the extent they're not felonies.
8 BY MS. RURKA:
9    Q. So on the possession charge, what was it
10 possession of?
11    A. A controlled substance.
12    Q. Okay. What was the substance?
13    A. Methamphetamine.
14    MR. ROJAS: Objection.
15    Do you mind if I just keep a standing
16 objection to this so I don't have to keep interrupting
17 you?
18    MS. RURKA: To this line, yeah, that's
19 fine.
20    MR. ROJAS: Okay.
21 BY MS. RURKA:
22    Q. Okay. So have you ever been deposed before,
23 Mr. Mar?
24    A. No.



Page 18

1    Q.  Have you ever been a party to a lawsuit
2  before?
3    A.  No.
4    Q.  And have you ever testified at trial before?
5    A.  No.
6    Q.  Have you participated in any court proceedings
7  other than this lawsuit?
8    A.  Yes.
9    Q.  And would that be in relation to the felony
10  and misdemeanors charges?
11    A.  Yes.
12    Q.  Anything else?
13    A.  No.
14    Q.  Do you have any current health conditions?
15    A.  No.
16    Q.  And do you have any prior health conditions?
17    A.  No.
18    Q.  Does anyone in your family have a genetic
19  condition or disorder --
20        MR. ROJAS:  Objection.
21    Q.  -- to your knowledge?
22    A.  No.
23    Q.  Do you?
24    A.  To my knowledge, no.

Page 19

1    Q.  To your knowledge, has anyone in your family
2  been tested for a genetic condition or disorder?
3        MR. ROJAS:  Objection.
4    A.  To my knowledge, no.
5    Q.  Okay.  So we had mentioned -- we had talked
6  about your other children with Ms. Mar.  Do you have
7  any children other than those two?
8    A.  No.
9    Q.  Okay.  So let's talk about your first child,
10  Athena.  She was born in January 2012; is that right?
11    A.  She was.
12    Q.  And did she have any complications during
13  birth?
14    A.  During birth?
15        MR. ROJAS:  Objection.
16    Q.  Yes.
17    A.  She had -- yes.
18    Q.  What were those complications?
19        MR. ROJAS:  Objection.
20    A.  I think it was after birth, more or less,
21  because she had seizures, and they gave her
22  phenobarbital, and she was cleared with all that when
23  she saw a neurologist in New Orleans.
24    Q.  Okay.  So she was --

Page 20

1    A.  And this was after the fact, and she went to
2  the NICU for that.  She was fine, and they let her go
3  home, and she was cleared for everything there.
4    Q.  Okay.  How long was she in the NICU?
5    A.  I think a month, if that.  She was the biggest
6  baby there.
7    Q.  I had one of those too.
8        Did Ms. Mar breastfeed Athena, to your knowledge?
9    A.  She --
10        MR. ROJAS:  Objection.
11    A.  -- breastfed and pumped as much as she could,
12  yes.
13    Q.  Okay.  Do you think she tried as hard as she
14  could to provide breast milk for Athena?
15    A.  I do.
16        MR. ROJAS:  Objection.
17    Q.  Okay.  And she ended up stopping breastfeeding
18  Athena; is that right?
19        MR. ROJAS:  Objection.
20    A.  Yes.
21    Q.  And why is that?
22        MR. ROJAS:  Objection.
23    A.  Because she wouldn't take to the nipple.
24    Q.  Did she eventually transition Athena to

Page 21

1  formula?
2        MR. ROJAS:  Objection.
3    A.  Eventually.
4    Q.  Do you know why she wanted to -- did she ever
5  tell you why she wanted to breastfeed Athena?
6        MR. ROJAS:  Objection.
7    A.  Because it's the most natural and healthy way
8  to do it.
9    Q.  Did you have discussions with her regularly
10  about that --
11        MR. ROJAS:  Objection.
12    Q.  -- about breastfeeding?
13    A.  Yes.
14    Q.  And was it your opinion that that was the most
15  natural --
16    A.  Yes.
17    Q.  -- and healthy way --
18    A.  It was.
19    Q.  Okay.  So let's talk about Reidon.
20    A.  It's "Reidon."
21    Q.  Reidon.  Sorry.  I apologize for that.
22        Reidon was born in February of 2015; is that
23  right?
24    A.  He was.



Page 22

1    Q. Okay.
2          MR. ROJAS: Can I have a standing
3    objection to any -- I can object individually, or I can
4    have a standing objection to any questions about
5    Reidon's medical care as well. What would you prefer?
6          MS. RURKA: I guess I'm curious. What is
7    your objection to --
8          MR. ROJAS: Relevance.
9          MS. RURKA: Relevance, okay. So, yeah,
10   you can have a standing objection to relevance. If you
11   have a -- if you have an objection to the form of my
12   question, I would ask that you make it at the time I
13   ask --
14         MR. ROJAS: Fair enough.
15         MS. RURKA: -- the question. Thank you.
16   BY MS. RURKA:
17   Q. So did -- was Reidon's birth -- were there any
18   complications during Reidon's birth?
19   A. During his birth, no.
20   Q. Okay. How about after his birth?
21   A. Yes.
22   Q. And what were those?
23   A. His lungs were underdeveloped. They gave him
24   a steroid for it, and he was fine.

Page 23

1    Q. He was born prematurely; is that right?
2    A. Yes.
3    Q. Okay. And how long -- did he spend time in
4    the NICU?
5    A. Yeah, a little bit.
6    Q. How long? Do you recall?
7    A. Probably about a month, I would just say, you
8    know.
9    Q. How is he doing now?
10   A. Perfectly fine.
11   Q. Did Ms. Mar breastfeed Reidon, to your
12   knowledge?
13   A. She tried.
14         MR. ROJAS: Objection.
15   Q. Okay. Do you think she tried as hard as she
16   could to --
17   A. I do.
18   Q. And why did she -- she didn't -- she stopped;
19   is that right?
20   A. She had to. She pumped, though, as much as
21   she could, and then -- again, same thing with Athena --
22   we eventually switched to a formula.
23   Q. And why did you switch to the formula?
24         MR. ROJAS: Objection.

Page 24

1    A. Because she pumped until she couldn't pump any
2    more.
3    Q. She wasn't producing enough milk?
4    A. Exactly.
5    Q. Do you understand that Reidon developed NEC
6    while he was in the NICU?
7          MR. ROJAS: Objection. Misstates the
8    record.
9    A. He did not.
10         MR. ROJAS: That was inappropriate,
11   Counsel.
12         MS. RURKA: Why was that inappropriate?
13         MR. ROJAS: Because it's been clearly
14   established in the record that Reidon did not have NEC,
15   and to attempt to mislead the witness like that is a
16   little disturbing.
17   BY MS. RURKA:
18   Q. There is -- just so you know, there's going to
19   be some back and forth with us. There's not anything
20   inappropriate with me asking you questions about that,
21   but --
22   When did you first learn that Ms. Mar was pregnant
23   with RaiLee?
24   A. As soon as she found out.

Page 25

1    Q. Does July 20 -- July 2013 sound about right?
2    A. Around about, yeah, because I know that just
3    like with Athena, she found out, and I took her to the
4    store, and we bought umpteen million pregnancy tests to
5    confirm it, and then we went to the doctor the next
6    day. So, yes.
7    Q. Okay. Do you know how far along she was
8    when --
9    A. I do not.
10   Q. Do you recall her original due date?
11   A. I do not.
12   Q. Did you attend any of the prenatal or OB-GYN
13   appointments with Ms. Mar?
14   A. The ones that I wasn't working, yes.
15   Q. Okay. And how many of those do you recall
16   attending?
17   A. More than half.
18   Q. Numberwise, do you know?
19   A. I have no idea. I couldn't give you a number.
20   Q. Do you know whether she attended all of her
21   prenatal appointments?
22   A. She did.
23   Q. And do you know whether she missed any of
24   them?



Page 26

1    A. Not to my knowledge.
2    Q. Okay. I'm going to show you -- just one
3 second. I apologize. One second.
4    I'm going to show you what we marked as Exhibit 28
5 to Ms. Mar's deposition on August 15th, 2023, if you
6 want to go ahead and take a look at that.
7        (Ericka Mar Exhibit No. 28, previously
8        marked.)
9        MR. ROJAS: Thank you, Counsel.
10 BY MS. RURKA:
11    Q. And what you're looking at is the State of
12 West Virginia Worksheet for Child's Birth Certificate,
13 and this is for RaiLee, okay, just to orient you on
14 what this document is.
15    Have you seen this before?
16    A. I'm sure I have.
17    Q. Do you think you might have helped Ms. Mar
18 fill this out?
19    A. I couldn't tell you for sure.
20    Q. Okay. And you understand that Ms. Mar is the
21 one who filled this out for RaiLee?
22    A. Correct.
23        MR. ROJAS: Objection.
24    Q. Okay. Would you go to page 4 of the document?

Page 27

1    And under Question 14, "How many cigarettes or
2 packs of cigarettes did you smoke on average" -- "on an
3 average day during each of the following time periods?"
4    And there are some answers there that Ms. Mar
5 filled out.
6    Do you see those?
7    A. I see those.
8    Q. And so three months before pregnancy, she says
9 three packs per day.
10    For the first three months of pregnancy, she says
11 two to four packs per day.
12    And then the second three months of pregnancy, she
13 says one-half to one pack per day.
14    Is that consistent with your recollection as to
15 how much she smoked?
16    A. It is not.
17    Q. Okay. So she didn't -- she was not accurate
18 here in reflecting what she smoked at the time?
19        MR. ROJAS: Objection.
20    A. As far as her reflection goes, no.
21    Q. Okay. And did you discuss this topic with
22 Ericka Mar before today's deposition?
23    A. I did not.
24    Q. Did you discuss at any point in time how much

Page 28

1 she smoked during pregnancy?
2    A. We haven't. It's never been a topic of
3 discussion.
4    Q. Okay. What is your recollection as to how
5 much she smoked?
6    A. She never smoked more than one whole pack of
7 cigarettes a day, ever, in the time that I have known
8 her, and that was -- we shared everything. So when we
9 were smoking cigarettes -- because I am a smoker as
10 well -- we shared our cigarettes every time we were
11 together.
12    Q. So she never smoked three packs a day?
13    A. She may have misunderstood this document.
14    Q. Okay. Why do you think she misunderstood this
15 document?
16    A. Because she was trying to probably get out of
17 the hospital to see her baby. You said this is to file
18 for a birth certificate, right?
19    Q. Right.
20    A. So I'm assuming she had to fill this out
21 before getting the birth certificate, which means right
22 after RaiLee's birth. She was probably -- these
23 numbers don't match. They're not true. She's never
24 smoked that many cigarettes.

Page 29

1    Q. Okay. Did she smoke a half pack to one pack a
2 day?
3    A. She has before, yes. Yeah. That's accurate.
4    Q. Okay. So for the second three months of
5 pregnancy, is it accurate that she smoked a half pack
6 to one pack a day?
7    A. No. See, that's what I'm saying, that she
8 must have misunderstood the document, because the
9 second trimester -- right, that's what you refer to
10 them as is trimesters -- by then, she was down to maybe
11 a couple cigarettes a day that she shared with me.
12    Q. And she signed this on January, it looks like,
13 12th, 2014?
14    A. Where is -- yeah, 1 --
15        MR. ROJAS: Objection. Counsel, are you
16 reading on page 8?
17        MS. RURKA: Yes. Is that January 2nd or
18 12th?
19        MR. ROJAS: I mean, only Ericka would
20 know.
21 BY MS. RURKA:
22    Q. January 2nd, 2014?
23    A. It looks like the 2nd to me.
24    Q. Okay. This was -- you're testifying that she



Page 30

1 was trying to get out of what hospital at this point?
2 MR. ROJAS: Objection.
3 A. Yeah, this is January 2nd, because the date
4 above there is clearly a 2.
5 Q. And what hospital was she trying to get out of
6 at this point?
7 A. Summersville.
8 Q. Summersville. To go see RaiLee, who had been
9 transferred? Is that what you're saying?
10 A. RaiLee was transferred.
11 Q. Okay. I'm going to show you what we marked as
12 Exhibit 29 in Ericka Mar's August 15, 2023, deposition.
13 (Ericka Mar Exhibit No. 29, previously
14 marked.)
15 MR. ROJAS: May I inquire, Counsel, has
16 this been marked for today's deposition separately?
17 MS. RURKA: No.
18 MR. ROJAS: You're just keeping that --
19 MS. RURKA: I'm just keeping that marked
20 because they have already been marked.
21 MR. ROJAS: Sure.
22 BY MS. RURKA:
23 Q. So I'll show you this one. And, Mr. Mar, this
24 is the Patient's Release from Responsibility for

Page 31

1 Refusal of Treatment.
2 Do you see that?
3 A. I see it.
4 Q. And this is from January 1st, 2014. Do you
5 see that?
6 MR. ROJAS: Objection.
7 A. I see that.
8 Q. And this is Ericka Mar who signed this Release
9 from Responsibility for Refusal of Treatment. Do you
10 see that?
11 MR. ROJAS: Objection.
12 A. I do.
13 Q. Okay. And if you look at the "Procedures
14 Refused" line, it says, "Wearing SCDs, wearing
15 abdominal binder, wearing nicotine patch, and not
16 smoking."
17 Do you see that?
18 A. I see that.
19 MR. ROJAS: Objection.
20 Q. And that means she refused to wear the
21 nicotine patch and refused to not smoke?
22 MR. ROJAS: Objection.
23 Q. Do you understand that?
24 A. I understand that.

Page 32

1 Q. Okay. And then her -- the reason for her
2 refusal was listed as: "I want to be comfortable while
3 I heal. I am going to smoke regardless."
4 Do you see that?
5 MR. ROJAS: Objection.
6 A. I see that.
7 Q. Okay. So you understand that Ms. Mar wanted
8 to smoke after she had RaiLee --
9 MR. ROJAS: Objection.
10 Q. -- and refused to use a nicotine patch; right?
11 A. I understand that.
12 Q. Okay. And did you know about that at the
13 time?
14 MR. ROJAS: Objection.
15 A. I know about this, yes.
16 Q. Okay. And you still say she wasn't smoking
17 more than two cigarettes a day in her second trimester?
18 A. She wasn't smoking three packs of cigarettes.
19 She wasn't smoking two packs of cigarettes. She wasn't
20 smoking one pack of cigarettes. She was smoking a
21 hand -- no more than five cigarettes, and they were
22 shared with me.
23 Q. Let's go to --
24 A. Just let me state that our children's health

Page 33

1 is very serious to us. It always has been, especially
2 with Athena and having her run-in with the NICU. After
3 that, everything we did was to prevent anything bad
4 from happening to our children.
5 Q. Okay. I'm going to show you what we have
6 marked as Exhibit 27 of Ericka Mar's deposition from
7 August 15, 2023. There you go.
8 (Ericka Mar Exhibit No. 27, previously
9 marked.)
10 BY MS. RURKA:
11 Q. And this is dated August 8th, 2013. Okay? Do
12 you see that at the top?
13 A. Okay.
14 Q. And this is a -- this was right after -- it
15 was about a month after she learned that she was
16 pregnant. Does that sound right?
17 A. Okay.
18 Q. Does that sound --
19 A. Yes.
20 Q. -- right to you? Okay.
21 And this is a doctor's visit. Do you see that?
22 A. I see that.
23 Q. What is Mountaineer Healthcare?
24 A. It's a healthcare place in Weston. It's a



Page 34

1  doctor's office.
2      Q. Is that where she --
3      A. I believe Dr. Farry was her name. I'm not
4  sure.
5      Q. And is that your recollection as to where --
6      A. Yes.
7      Q. -- Ms. Mar -- let me just finish the question.
8  I'm sorry. I just need to finish the question before
9  you answer.
10     Is that your recollection as to where Ms. Mar went
11 for some of her prenatal appointments?
12     A. Yes.
13     Q. Okay. And if you look down under "Medical
14 History," toward the bottom half of the thing, it's --
15 under "Tobacco," do you see that on the left-hand side
16 towards the bottom of this box?
17     A. Uh-huh.
18     Q. It says, "Yes. Smokes one to one and a half
19 packs per day."
20     Do you see that?
21         MR. ROJAS: Objection.
22     A. I see that.
23     Q. Is that not accurate?
24     A. It's accurate if you combine us smoking them

Page 35

1  together, yes.
2      Q. Okay. And then under "Alcohol," she says,
3  "Yes. At party in July."
4      Do you see that?
5      A. I see that.
6      Q. And then "Illicit/recreational drugs: "Yes,
7  THC and party."
8      Do you see that?
9          MR. ROJAS: Objection.
10     Q. Okay. So --
11         THE COURT REPORTER: I didn't hear an
12 answer. Was there an answer?
13 BY MS. RURKA:
14     Q. I'm sorry. Do you see that?
15     A. Yes.
16     Q. Okay. So at -- she was at a party in July and
17 consumed some alcohol. Is that correct?
18         MR. ROJAS: Objection. You're asking him
19 if he knows that to be true or whether the document
20 says it?
21 BY MS. RURKA:
22     Q. Do you know that to be true?
23     A. I don't know that to be true for sure.
24     Q. Do you think that's inaccurate?

Page 36

1      A. I would say that that's inaccurate.
2      Q. Then it says, "Illicit/recreational drugs:
3  Yes, THC and party."
4          MR. ROJAS: Objection.
5      Q. Do you see that?
6      A. I see that.
7      Q. Do you think that's inaccurate?
8          MR. ROJAS: Objection.
9      A. I think that's inaccurate, but I also don't
10 understand it.
11     Q. Okay. Why don't you understand it?
12     A. "THC and party" --
13         MR. ROJAS: Objection.
14     A. -- doesn't make sense.
15     Q. If you look at the last -- page 18 of 28.
16 It's the last page of this document. It's like if you
17 flip -- I think you can just flip the whole thing over.
18 Oh, yeah. There you go. You're not on double-sided.
19     Under "Chemistry," do you see that?
20     A. I do.
21         MR. ROJAS: Objection.
22     Q. Do you see "THC" down there at the bottom?
23         MR. ROJAS: Objection.
24     A. I see that.

Page 37

1      Q. And it says "positive." Do you see that?
2          MR. ROJAS: Objection.
3      A. I see that.
4      Q. To your knowledge, did Ms. Mar use marijuana?
5          MR. ROJAS: Objection.
6      A. Yes.
7      Q. How often did she use marijuana?
8          MR. ROJAS: Objection.
9      A. I couldn't tell you. Recreationally. Every
10 so often. There is no time stamp I can put on that for
11 you.
12     Q. Did she --
13     A. It certainly wasn't a daily thing.
14     Q. Do you recall her using it in this 2013,
15 mid --
16     A. I do not.
17         MR. ROJAS: Objection.
18     Q. Sorry. Let me just finish the question before
19 you answer. I'm sorry. I know this is a difficult
20 circumstance.
21     Do you recall her using it in this time frame in
22 mid-2013?
23         MR. ROJAS: Objection.
24     A. I do not.



Page 38

1    Q.  Did you -- you said you smoked as well while
2  she was pregnant.  Is that fair?
3        MR. ROJAS:  Objection.
4    A.  Yes.
5    Q.  Did you smoke inside the house?
6        MR. ROJAS:  Objection.  What -- can you
7  articulate some probative value to this question?
8        MS. RURKA:  I don't need to articulate a
9  probative value.  This is a deposition.
10        MR. ROJAS:  You need -- your --
11        MS. RURKA:  Counsel, this is a
12  deposition.
13        MR. ROJAS:  No.  Your questions have to
14  be reasonably calculated to lead to the discovery of
15  admissible evidence.
16        MS. RURKA:  Yes.
17        MR. ROJAS:  And they cannot be designed
18  to just harass a witness.
19        MS. RURKA:  It's not designed to harass
20  the witness.
21        MR. ROJAS:  So when I ask you for -- the
22  rules allow me to ask you for a statement of
23  articulation of relevance, of what your relevance is
24  here.

Page 39

1        MS. RURKA:  Relevance is not a basis for
2  objection in a deposition.
3        MR. ROJAS:  You're asking a witness
4  that's not a party to this case whether he's had
5  marijuana?
6        MS. RURKA:  No, I did not ask him that.
7        MR. ROJAS:  Okay.  Objection.
8  BY MS. RURKA:
9    Q.  I'm talking about cigarettes, sir.  Did you
10  smoke inside the house while she was pregnant?
11    A.  No.
12        MR. ROJAS:  Objection.
13    Q.  Did you smoke marijuana in the house during
14  Ms. Mar's pregnancy?
15        MR. ROJAS:  Objection.
16    A.  No.
17    Q.  Were you -- did you know the circumstances
18  around how Ms. Mar was first admitted to the hospital
19  in January of 2014 for RaiLee's birth?  Were you
20  present for those?
21    A.  I was sleeping, and she woke me up because she
22  started bleeding in the bathroom.
23    Q.  Okay.  You understand her placenta ruptured at
24  home; is that right?

Page 40

1    A.  Uh-huh.
2        MR. ROJAS:  Objection.
3    Q.  And can you just tell me a little bit about
4  what you remember about that day, about that
5  experience?
6    A.  A bang on the wall.  I was asleep.  I woke up.
7  She's screaming in the bathroom.  I called 911.  911
8  came and got her, took her to the hospital, and
9  everything happened from there.  My baby was born
10  and --
11    Q.  What generally happened when you arrived at
12  the hospital?  Do you recall?
13    A.  They had her on the gurney.  They took her
14  back and did their thing.  Like, I wasn't present for
15  most of that.  It was an emergency.
16    Q.  You understand that she had a C-section that
17  day?
18    A.  I do, yes.
19    Q.  Did you discuss anything with the doctors
20  before her C-section?
21    A.  They were just telling me that she was having
22  a C-section and that -- they told me that it was an
23  emergency and it needed to happen.
24    Q.  Did they say anything about the health of

Page 41

1  Ms. Mar or the infant to you?
2    A.  Should it come down to it -- and I have been
3  asked -- I was asked this for Athena and Reidon both.
4  Should it come down to it and we had no choice, they
5  apologized in advance for everything, because it was
6  serious.  There was a lot of blood because her placenta
7  ruptured, and they wanted me to be prepared, just to
8  have a state of mental preparedness in case.  That's
9  what I recollect.
10    Q.  Okay.  In case -- I'm sorry.  Can you just
11  flesh out what you mean?
12    A.  Death.  In case of death.
13    Q.  Which person to save?  Is that what you're
14  saying?
15    A.  Basically.
16    Q.  Okay.
17    A.  There is no way to answer that.
18    Q.  I understand.  I understand the sensitivity of
19  that question.
20        Did Ms. Mar weigh in on that topic when it came to
21  RaiLee?
22    A.  Yes.
23    Q.  What did she say?
24    A.  Don't choose her, ever.  Kids always come



Page 42

1    first.
2        Q.  Don't choose Ericka, choose the infant?
3        A.  RaiLee.  The children always come first.  Yes.
4        Q.  She was at -- did that feel like a life -- I'm
5    sorry.  Let me just start over.
6        When you were there at the hospital with her and
7    she was going to be given a C-section, did that feel
8    like a life-or-death situation to you?
9        A.  A C-section didn't.  Just hearing that doesn't
10   sound like a life-threatening situation.  I'm used to
11   that terminology.  But everything that was happening
12   felt terrible.
13       Q.  Okay.  Because it was an emergency?
14       A.  Yes.
15       Q.  And she was at -- RaiLee was at 28 weeks at
16   that time; is that right?
17       A.  Yes.
18       Q.  Did you have any understanding at the time of
19   the risks or challenges of a preterm birth?
20       A.  Yes.
21       Q.  What was your understanding?
22       A.  Just how challenging it could be, because even
23   though Athena wasn't premature, she was still in the
24   NICU, and they educated us in the NICU on premature

Page 43

1    births because they had to.  It was part of the release
2    process.
3        Q.  What do you remember about what they educated
4    you about preterm births in the NICU?
5        A.  CPR, infant CPR, feedings, watching them, how
6    they slept, swaddling, doing things properly that way.
7    Just in-home care things.
8        Q.  What do you remember about the feedings?
9        A.  I don't.  I couldn't tell you exactly what I
10   remember.
11       Q.  Do you remember any discussions about what the
12   child should be fed?
13       A.  No, because it was always in our mind that it
14   was mother milk and pump if you can.  And then Athena's
15   formula worked for her, and that's what we would have
16   switched to, you know.
17       Q.  Were you able to see RaiLee when she was
18   delivered?
19       A.  When she was delivered?
20       Q.  Yes.
21       A.  After the fact, yes.
22       Q.  Did you see her before she was transferred to
23   CAMC?
24       A.  Very, very, very shortly, I guess is the

Page 44

1    wrong -- right word.  I don't know.  Quickly.  Not
2    long, you know, because she was -- they took her.
3        Q.  Do you know why she took her?
4        A.  Just the prematurity.  She needed to go to a
5    NICU.  She was very tiny.  They didn't have a NICU in
6    Summersville.
7        Q.  Okay.  So did someone tell you that, or is
8    that something you knew already?
9        A.  It's just something that I was told.  We
10   followed them and got there.
11       Q.  So she was transferred, and is it correct that
12   Ms. Mar was still in -- at Summersville because she had
13   just had a C-section?
14       A.  Yes.
15       Q.  Okay.  Did you stay with her, or did you go to
16   CAMC?
17       A.  I stayed with her.
18       Q.  And she eventually left Summersville; is that
19   right?
20       A.  Yeah.
21       Q.  Do you know how long that took for her to
22   leave?
23       A.  I believe it was less than 24 hours.
24       Q.  And she -- is it correct that she left against

Page 45

1    the doctor's orders?
2        A.  Yes.
3        Q.  Okay.  Because she wanted to see RaiLee.  Is
4    that fair?
5        A.  Yes.
6        Q.  And same with you?  You wanted to see RaiLee?
7        A.  Yes.
8        Q.  Did you take her right there, then, to see
9    Railee --
10       A.  Yes.
11       Q.  -- at CAMC?
12       A.  Sorry.
13       Q.  That's okay.
14       A.  Yes.
15       Q.  This is a very unnatural exercise, so I
16   understand.  I understand it's difficult to wait, but
17   if you could just wait until I finish the questions,
18   that would be very helpful to the court reporter.
19       Where did you stay when you first went to
20   Charleston to CAMC?
21       A.  Initially, I believe it was the Ronald
22   McDonald House, and then -- yeah, the Ronald McDonald
23   House.  And I was back and forth between there, the
24   hospital, and work.

MAGNA
LEGAL SERVICES

Page 46

1 Q. Okay. So I wanted to ask you about that.
2 Did -- is it correct that Ms. Mar stayed at the Ronald
3 McDonald House during the time that RaiLee was in the
4 NICU mostly?
5 A. Yes.
6 Q. And you did not stay there. You went back and
7 forth. Is that fair?
8 A. Correct.
9 Q. Did you stay there occasionally when you
10 could, or did --
11 A. I stayed there most of the week, yes.
12 Q. Okay. So you would stay there for part of the
13 week and then go home to work?
14 A. Yes.
15 Q. And that's --
16 A. But I would come back.
17 Q. That was in Summersville; is that right?
18 A. My work?
19 Q. Yes.
20 A. No. My work was in Braxton County.
21 Q. So it was --
22 A. Back home.
23 Q. It was a ways a way?
24 A. Yeah. It was, from Charleston, about an hour

Page 47

1 and a half.
2 Q. Did anyone else make the trip to CAMC to see
3 RaiLee?
4 A. Yes.
5 Q. Who?
6 A. My mother, my grandmother, and my stepfather.
7 Q. Aside from those three, anyone else?
8 A. Not to my knowledge. My father and my
9 stepmother, yes.
10 Q. And did you speak with them about RaiLee and
11 her condition?
12 A. Yes.
13 Q. And do you generally recall what you would
14 talk about with them?
15 A. No. It was mostly crying.
16 Q. When did you first get to see RaiLee in the
17 NICU? Do you recall?
18 A. A couple days after they admitted her, or even
19 the day of.
20 Q. And did you visit regularly with her? Would
21 you -- yes?
22 A. Yeah. We washed in to see her regularly
23 before everything happened, yes.
24 Q. Would you be able to sit with her for a while

Page 48

1 or --
2 A. Yeah. Next to her box, like her bili box.
3 That was what they called it, I think.
4 Q. And did you have like a daily visit with her,
5 or did you --
6 A. Yeah. We could see her every day at least
7 once between rounds.
8 Q. Was there a time when you were not allowed in
9 the room with her?
10 A. Whenever they were doing rounds with the
11 doctor. So the doctor would go around and check all
12 the babies, doing his thing. All the doctors would.
13 So there was no interruption and parents being in the
14 way and all this stuff, they needed the room.
15 Q. And how long would those rounds last?
16 A. An hour, two hours, maybe.
17 Q. And other than that, were you then there with
18 RaiLee when you were able to be?
19 A. Yes.
20 Q. In Charleston?
21 A. Yes.
22 Q. And was Ms. Mar there every day with RaiLee?
23 Is that fair?
24 A. Yes.

Page 49

1 Q. To your knowledge?
2 A. Except for one day whenever I took her home to
3 shower, but I took her back that same day.
4 Q. And your mother and your stepfather, they
5 visited RaiLee in the NICU; is that right?
6 A. Yes.
7 Q. And how often were they there?
8 A. Once or twice, I believe.
9 Q. Once or twice total?
10 A. I believe, maybe, yes.
11 Q. I'm just trying to get a sense. Do you recall
12 generally around when that was?
13 A. It was more or less parents-focused and not
14 everybody else needing to put their hands on children
15 in the NICU who are in that condition prematurely.
16 So, yes, I believe maybe once or twice. They were
17 definitely there, though, because I remember a
18 conversation about her condition after it happened with
19 all of them, and it was hysteria, so they were there.
20 Q. What was the conversation?
21 A. It was about RaiLee's condition when
22 everything happened, after everything happened, her
23 surgery. We were talking to them about her, and they
24 wanted to know what was going on, and it was all



Page 50

1  hysteria, tears, and crying.  That's the conversation.
2      Q.  This was right after the surgery that RaiLee
3  had?
4      A.  (Nodding head.)
5      Q.  Is that right?
6      A.  Yes.
7      Q.  Okay.  Were you always with Ms. Mar when you
8  visited RaiLee in the NICU?
9      A.  I was.
10     Q.  There was no time where you visited her by
11 yourself?
12     A.  Me personally?
13     Q.  Yes.
14     A.  No.
15     Q.  Was there a time when your mother and
16 father -- stepfather were with RaiLee when you or your
17 wife were not there?
18     A.  Not to my knowledge, no.
19     Q.  When did you first meet RaiLee's medical team?
20     A.  The day of her being admitted into the NICU.
21     Q.  Do you understand she was being monitored 24
22 hours a day in the NICU?
23     A.  Yes.
24     Q.  Was that your understanding at the time?

Page 51

1      A.  Yes.
2      Q.  Okay.  Do you know how many medical
3  professionals were on RaiLee's care team?
4      A.  No.
5      Q.  Did you have any interactions with the
6  neonatologists on her team?
7      A.  No, unless you count the nurses, but --
8      Q.  Okay.  I'm talking about the doctors.
9      A.  Dr. Azuga (phonetic) or -- I can't remember
10 his name, but the doctors talked to us once, yes.  And
11 then, of course, after everything happened, we had
12 direct face-to-face with the doctors then.
13     Q.  So right at the beginning, you spoke with the
14 doctors?
15     A.  Yes.
16     Q.  And then after everything happened, you spoke
17 with the doctors?
18     A.  Yes.
19     Q.  Any time in between there that you recall?
20     A.  It was all correspondence with nursing staff
21 at that point.
22     Q.  Did you speak to any dietitians or
23 nutritionists?  Do you recall?
24     A.  I wouldn't -- I couldn't remember titles, no.

Page 52

1      Q.  When you first spoke with the doctor when she
2  was admitted, when RaiLee was admitted to the NICU, do
3  you recall the nature of that conversation?
4      A.  She was premature, and she was going to be
5  monitored until she was brought up to birth weight to
6  be let home, let go home.  Standard premature stuff
7  that I thought, you know.
8      Q.  Did they talk to you anything about the risks
9  of prematurity and what sort of conditions she might
10 end up -- they would be on the watch for?
11     A.  Yes.
12     Q.  Okay.  What sort of conditions were they
13 looking out for?
14     A.  Just the low birth weight, the being smaller,
15 potential risks to other health conditions as they got
16 older, I guess.  I mean, just standard watch your baby
17 stuff.
18     Q.  What sort -- I guess I'm wondering, did they
19 talk specifically about, for example, lung injuries or
20 gastrointestinal injuries or anything like that --
21     A.  No.
22     Q.  -- that they would be on the lookout for?
23     A.  Not that I recall.
24     Q.  Not that you recall.

Page 53

1      Do you know how many -- do you recall how many
2  nurses you interacted with over there?
3      A.  No, I do not.
4      Q.  Do you think -- did you feel at the time like
5  they were providing RaiLee with the best care
6  available?
7      A.  I do.
8          MR. ROJAS:  Objection.
9      Q.  And do you think that today?
10     A.  I do.
11         MR. ROJAS:  Objection.
12     Q.  Do you feel that they communicated with you
13 appropriately?
14     A.  I'm unsure.
15     Q.  Okay.  And why are you unsure?
16     A.  Because I'm unsure.
17     Q.  I mean, is there a particular circumstance
18 where you felt like the communication could have been
19 better?
20     A.  Yes.
21     Q.  Okay.  And can you describe that to me?  If
22 you want, we can take a break and we can come back to
23 this, if that makes it easier.
24     A.  My daughter is dead.  I no longer have her



Page 54

1  with me.  My family was destroyed.  There could have
2  been much more communication on all parts.  And to
3  deny -- nope.  I need a break.
4          MS. RURKA:  Okay.  We can take a break.
5          THE VIDEOGRAPHER:  The time is 10:08 a.m.
6  We are off the record.
7          (Off the record.)
8          THE VIDEOGRAPHER:  The time is 10:15 a.m.
9  We are on the record.
10  BY MS. RURKA:
11     Q.  Thanks, Mr. Mar.  Before you left, we were
12  talking about communication, and my question to you
13  was:  Did you feel like the hospital communicated with
14  you adequately about RaiLee?  And I think you said you
15  did not.  Is that fair?
16     A.  The hospital, I believe, did everything to the
17  best of their ability with the information that they
18  were given, yes.
19     Q.  The information they were given by whom?
20     A.  Well, I'm not a doctor, so I couldn't tell you
21  who.  I don't know who they get their training from.
22  That's what I'm saying, like.
23     Q.  What do you -- what information do you think
24  they didn't get that they needed?

Page 55

1     A.  I'm not a doctor.  I couldn't tell you,
2  because everything that happened with RaiLee, I didn't
3  know what was going on.  I'm not a doctor, again.
4     Q.  No, I understand that.  I'm just trying to get
5  a handle on what --
6     A.  I can't answer your question if I don't have
7  the information to answer the question appropriately.
8     Q.  Okay.  Do you feel like there was any
9  information that they didn't have that they should have
10  had?
11     A.  I don't know.
12     Q.  Okay.  Have you done any research on NEC
13  since -- since RaiLee passed away?
14     A.  Initially, right after, yes, but not since,
15  and I couldn't recall what I've read.
16     Q.  Okay.  Have you done any since you knew about
17  this lawsuit?
18     A.  No.
19     Q.  Have you read anything about the lawsuit?
20     A.  No.
21     Q.  And you do understand what the allegations are
22  in the lawsuit, though, that the formula caused the
23  NEC?
24     A.  I understand that, yes.

Page 56

1     Q.  And you didn't do any research on whether or
2  not that was true.  Is that fair?
3     A.  No, I didn't do any research on that.
4     Q.  Okay.  Do you have any knowledge of what sort
5  of communications or what sort of information the
6  hospital or the hospital staff had about NEC and
7  formula?
8     A.  No.
9     Q.  Did you feel like you could ask the medical
10  staff questions and they would answer you honestly?
11     A.  Yes.
12     Q.  And is it fair to say that you relied on their
13  education and experience in treating RaiLee to the best
14  of their abilities?
15     A.  Yes.
16     Q.  Did you ever second-guess their treatment
17  decisions?
18     A.  I mean, just like any father or mother,
19  whenever your infant child is put under the knife, so
20  to speak, yes, you question that in every aspect.  It
21  doesn't matter.  So --
22     Q.  I guess -- and I totally understand that.  I
23  was asking something slightly differently.
24          Did you ever kind of go to them and say, "I don't

Page 57

1  want this," or "I don't want that," or tell them that
2  you wanted a different treatment for RaiLee?  Do you
3  recall?
4     A.  Just that whenever she stopped producing as
5  much milk as she could, we asked about other options
6  for that.
7     Q.  What sort of -- what did they say about other
8  options?
9     A.  I couldn't recall, other than just the breast
10  milk and formula and then, I guess, donor programs,
11  things like that, if they existed, but that's more or
12  less something that Ericka was looking into.
13     Q.  Do you recall anything about donor programs,
14  donor milk programs?
15     A.  Programs, no.  I don't recall like a full
16  program we were instituted into or applied for or
17  anything, at all, no.
18     Q.  Do you recall the hospital saying anything
19  about donor milk?
20     A.  The Christina girl across from us.  That's all
21  I can recall about donor milk there.  She offered.
22     Q.  Okay.  Do you recall -- I guess I'm asking
23  more about whether the hospital had pasteurized donor
24  milk available for the infant or anything like that.



1        MR. ROJAS:  Objection.
2    A.  I don't recall.
3    Q.  What did the hospital say about Christina's
4 donor milk?
5    A.  That was a conversation Ericka and Christina
6 and the doctors had when I wasn't there, so --
7    Q.  You don't have personal knowledge of --
8    A.  No personal knowledge.  I know that it was
9 offered.
10    Q.  Okay.  And we had talked -- I guess I didn't
11 ask this question, but I know this is kind of within
12 it.  We had talked earlier about Athena and Reidon.
13    A.  "Reidon."
14    Q.  Reidon.  I'm sorry.  I'm sorry.  I'm very bad
15 with names, but I apologize for that.
16    We talked about Athena and Reidon.  And for
17 RaiLee, did Ms. Mar try to breastfeed RaiLee or provide
18 breast milk for RaiLee?
19    A.  Yes.
20    Q.  Okay.  And what, to your knowledge, did she do
21 for that?
22    A.  She tried to provide initially with pumping,
23 as they told her, because she couldn't latch, I guess,
24 where she was premature or something.

1    It was just -- she pumped, and she pumped what she
2 could, and she stopped producing, and it -- she's just
3 always had issues with producing milk for the babies.
4 That's it.
5    Q.  Is it your opinion that she did everything she
6 could to produce --
7    A.  It is my opinion that she did everything she
8 did to produce.
9    Q.  Okay.  Do you remember seeing -- do you
10 remember an issue with her having blood in her breast
11 milk?  Does that ring a bell?
12    A.  I couldn't tell you for sure, no.
13    Q.  Do you know if -- so if you don't remember
14 that, do you remember anybody saying that the -- that
15 breast milk with blood in it could not be fed to the
16 baby?
17        MR. ROJAS:  Objection.
18    A.  I don't remember anything like that, no.
19    Q.  And is it correct that when Ms. Mar was unable
20 to pump any more milk, she stopped because she wasn't
21 able to pump any more?
22    A.  She couldn't produce any more, so --
23    Q.  After she stopped pumping breast milk, did you
24 defer to the doctors about what RaiLee should be fed?

1        MR. ROJAS:  Objection.
2    A.  Yeah.
3    Q.  I mean, they had to feed RaiLee something.
4 Would you agree with that?
5    A.  Yes.
6    Q.  Okay.  And is it fair to say you relied on the
7 NICU team to determine what was the best nutrition
8 available after the breast milk ran dry?
9    A.  Yes.
10    Q.  Do you recall any discussions with RaiLee's
11 doctors about the decision to give her formula?
12    A.  No.
13    Q.  Do you remember asking them any questions
14 about what RaiLee would be fed after the -- after
15 Ms. Mar was unable to pump sufficient --
16    A.  I know that we -- I remember asking about what
17 kind it was going to have to be or if it was, like,
18 going to have to be a special kind, because Athena had
19 a sensitive belly, so she had to have a sensitive
20 formula.  That's the only questioning that I remember
21 asking.
22    Q.  Were you ever present when RaiLee received
23 formula?
24    A.  Yes.

1    Q.  Do you know how the formula was administered?
2    A.  A little plastic bottle with a big round top
3 on it.
4    Q.  Okay.
5    A.  And that was before -- yeah, yeah.  That
6 was -- I think that's what it was.  It had a silver
7 thing on top of it too.
8    Q.  Do you know how much formula she was
9 administered --
10    A.  No.
11    Q.  -- during her time?
12    A.  I don't.
13    Q.  Were you aware that formula was mixed with
14 breast milk for RaiLee?
15    A.  I was not.
16    Q.  Were you aware that RaiLee never got just
17 formula, she got formula mixed with breast milk every
18 time she got it?
19    A.  I assume that's what happened, yes.
20    Q.  Okay.  Did you ever personally feed RaiLee?
21    A.  We were never given the chance after
22 everything happened, no.
23    Q.  Okay.  Did you ever say anything about her
24 not -- that you thought she shouldn't be given formula?



Page 62

1    A. Initially, with the breast milk, of course, we
2  wanted to try that avenue first. And I wasn't aware, I
3  guess, that breast milk was mixed with formula. Either
4  that or I'm not remembering at this point, but --
5    Q. Okay. So was there a time when you knew the
6  doctors wanted to give RaiLee some formula that you
7  said, "I don't want her to have formula"?
8    A. I don't remember that ever happening, no.
9    Q. Did you rely on the NICU team to monitor how
10 well RaiLee was doing with the formula?
11   A. Yes.
12   Q. Did you believe the doctors and nurses were in
13 a better position to determine whether or not the
14 formula was going to work for her than you were?
15       MR. ROJAS: Objection.
16   A. Yes.
17   Q. Ms. Mar testified she never saw any of the
18 packaging or labels for the formula that RaiLee was
19 administered, and I assume you didn't either. Is that
20 right?
21       MR. ROJAS: Objection.
22   A. I did not. No.
23   Q. Okay. Sorry. I'll re-ask the question.
24   Did you see any of the packaging or labeling for

Page 63

1  the formula that RaiLee was administered?
2    A. No specific labels or packaging, no.
3    Q. Sorry. Just give me one second.
4    We had talked about Christina. Christina -- is
5  that Stanley? Does that sound right?
6    A. Yes.
7    Q. And was she a friend of Ms. Mar's before the
8  NICU?
9    A. No.
10   Q. They met in the NICU?
11   A. Yes.
12   Q. Okay. Did you meet Ms. Stanley?
13   A. Yes.
14   Q. Did you speak with her at all?
15   A. Very little.
16   Q. Okay. Do you recall what you discussed with
17 her?
18   A. Just her kid, my kid. Stuff like that. Her
19 and Ericka talking. Just general conversation things.
20 That's what I talked to her about.
21   Q. Okay. And you -- that was discussions while
22 you were in the NICU together; is that right?
23   A. In the NICU together or outside in the waiting
24 room.

Page 64

1    Q. Okay. Have you maintained a relationship with
2  Ms. Stanley since then?
3    A. I have not, no.
4    Q. Has Ms. Mar?
5    A. I believe she has.
6    Q. Okay. And you mentioned something about
7  Ms. Mar saying -- saying to you something about
8  Ms. Stanley offering her donor milk?
9    A. I believe so.
10   Q. Okay. What do you recall about that
11 conversation?
12   A. Just that it was something that came up in
13 conversation, and I don't know what happened of it. I
14 just know that it came up in conversation, and I'm
15 assuming it was thrown out since, you know, the donor
16 milk was never given to her.
17   Q. Okay. So let's talk a little bit about --
18 this is going to be difficult for you. I mean, I know
19 all of this is difficult, but I do have to ask these
20 questions.
21   So I wanted to talk to you a little bit about what
22 happened right before the NEC diagnosis. Do you
23 remember that, at the time, that the water in
24 Charleston couldn't be used?

Page 65

1    A. I remember.
2        MR. ROJAS: Objection.
3    Q. What is your recollection of that?
4        MR. ROJAS: Objection.
5    A. It just couldn't be used, and they took us to
6  a -- put us in a hotel instead of the Ronald McDonald
7  House.
8    Q. Okay. Ms. Mar, you took her from Charleston
9  back home that day. Is that -- or right around there.
10 January 12th or something?
11   A. Yeah. To figure out -- until they figured out
12 where they could put her in place of the Ronald
13 McDonald House, yes, and she took a shower, got a
14 change of clothes.
15   Q. Okay. And then is it correct that you both
16 stayed home until you got a call that RaiLee had NEC on
17 the morning of January 14th? Does that sound right?
18   A. We were in the hotel when we found out.
19   Q. You were in the hotel?
20   A. Yeah.
21   Q. Where was -- the hotel was in Charleston?
22   A. In Charleston. I don't remember the name of
23 it. I know it was an, I think, Embassy.
24   Q. Embassy Suites?



Page 66

1    A.  I think so, yes.
2    Q.  So you were not at home.  You were in
3  Charleston when you got the call; is that right?
4    A.  Yes.
5    Q.  And did you go immediately to the hospital
6  then?
7    A.  Yes.
8    Q.  And what did the doctors say to you about
9  RaiLee when you got to the hospital?  Do you recall?
10    A.  We had a discussion.  We met with the surgeon,
11  and the surgeon told us what was going to have to
12  happen, and then they went and did their thing.  We
13  waited.  They told us whenever she was done, and they
14  explained to us what they had done to her.
15    Q.  What did they say had happened to her?
16  I'm sorry.  Let me just reread the question.
17  Okay.  What did they say was going to have to happen?
18  Sorry.  I just misunderstood what you had said.
19    A.  With her surgery?
20    Q.  Yes.
21    A.  That they were going to have to go in and
22  remove parts of her intestine.
23    Q.  Okay.  And this was -- did they tell you this
24  was because of NEC?

Page 67

1    A.  Yes.
2    Q.  Okay.  And then did they tell you anything
3  about what they expected or what sort of possible
4  consequences could come?
5    A.  Yes.
6    Q.  What did they say?
7    A.  That she would potentially have an external
8  colostomy bag for the first few years of her life, and
9  if she healed properly, she could eventually grow out
10  of that, but it was going to be a big issue dealing
11  with her going forward, and that's something we were
12  prepared for.
13    Q.  Did you stay in the NICU then once you got
14  that --
15    A.  In the waiting area.
16    Q.  Okay.  Did you visit RaiLee after the surgery?
17    A.  Yes.
18    Q.  Okay.  With Ms. Mar?
19    A.  Yes.
20    Q.  And did you have any conversations about how
21  the surgery went with the doctor?
22    A.  Yes.
23    Q.  What were those conversations?
24    A.  They told us that -- what they had to do, and

Page 68

1  it was somewhere along the lines of 60 to 70 percent of
2  one of her intestines and then 20 percent of the other
3  one, like big and small, and she was on a ventilator,
4  and that she was fighting the ventilator.  Yes.
5    Q.  Did you eventually go back to the Ronald
6  McDonald House after that?
7    A.  No.  We went back to Embassy Suites.
8    Q.  Okay.  When did you go back to the Embassy
9  Suites?  Do you recall?
10    A.  The evening before her death.
11    Q.  And you -- did you have any way to get updates
12  about her condition?
13    A.  From the doctors?
14    Q.  Yes.
15    A.  No.  They sent a police officer.
16    Q.  Okay.  So can you explain to me what happened
17  with the police officer?
18    A.  We were sleeping.  We got a knock, knock,
19  knock on the door.  I go to open the door in the hotel.
20  Why is somebody knocking on my door this late at night?
21  And he is standing there, and he immediately
22  apologized, said, "I'm sorry, but I need you guys to
23  follow me."  He turned his blue lights on, and we
24  followed him, followed him.

Page 69

1    Q.  Okay.  No, I understand that.  I just -- I'm
2  just trying to get kind of the details of that.  Do you
3  know why the hospital didn't call you?  This was -- the
4  police officer -- I'm sorry.  Let's back up.
5    The police officer was sent by the hospital.  Is
6  that your understanding?
7    A.  It was an emergency.
8    Q.  Right.
9    A.  Everything that happened.  They told us that
10  we needed to see her.  Come see your daughter.
11    Q.  Right.  I'm --
12    A.  So they sent somebody.
13    Q.  Okay.
14    A.  And that's probably because they called, and
15  when they called, our phones didn't ring or we didn't
16  wake up because of a phone call.  But they sent
17  somebody.  They knew where we were at because they put
18  us there.
19    Q.  No, I understand that.  I just wanted to
20  figure out why it was that the police came instead of
21  them calling you.  So you're saying they called you and
22  you were asleep?
23    A.  Yeah.  And we were -- honestly, it might have
24  been the Ronald McDonald House, because I know that we



Page 70

1  had two beds next to each other, and we were sleeping
2  in the one close to the door, and I got up and went to
3  the door. And I know the Embassy Suites was set up
4  differently, so --
5      Q. Okay. So --
6      A. Yeah, just saying.
7      Q. I'm sorry. Just to clarify, so when they --
8  when you returned from the hospital, you went to the
9  Ronald McDonald House. Is that your recollection now?
10     A. I believe so, yes.
11     Q. And then you fell asleep; is that right?
12     A. Yeah.
13     Q. And then you think someone may have called
14 you, but you didn't get the phone calls? Is that --
15     A. We may have just not woke up. We were
16 dog-tired right after everything that had happened, you
17 know, and we were waiting; we waited for the entire
18 surgery and everything else that happened. Then we had
19 seen her when she was on the ventilator, and we needed
20 sleep.
21     Q. Okay. And so that -- because they couldn't
22 reach you by phone, they sent a police officer?
23     A. I'm assuming that's why they sent the officer,
24 yes.

Page 71

1      Q. Okay. Okay. And then you immediately
2  followed the police officer over to the hospital to see
3  RaiLee, and she had already passed at that point. Is
4  that fair?
5      A. No.
6      Q. No. She was still alive?
7      A. No. The police officer came to get us for the
8  surgery.
9      Q. I'm sorry?
10     A. For the surgery. That was the emergency.
11 They needed our permission to perform this emergency
12 surgery on our daughter, so they needed to get us
13 there, and then we stayed there.
14     Q. Okay. So maybe I have the timeline wrong. I
15 thought you said that she had the surgery, you saw her,
16 and then you left because you were tired and went back
17 to the Ronald McDonald House.
18     A. The police officer escorted us to the hospital
19 for the reason of making sure we were there to be told
20 and given all the information about this emergency
21 surgery with my daughter, and then we stayed there.
22     Q. Okay.
23     A. Then we went in to see her on the ventilator,
24 and then we came back out. We were in the waiting

Page 72

1  area, and then again we went back in to see her, and
2  then we left. And whenever we did leave, then we
3  received everything else, all the information for our
4  baby being gone.
5      Q. Okay. Okay. All right. Thank you.
6      A. Sorry.
7      Q. No, no. That's okay.
8      A. I wanted to make sure I got it right.
9      Q. No, it's hard to remember this stuff, and I
10 just wanted to make sure I got it right too. So thank
11 you. Thank you for that clarification.
12     So you weren't -- I guess my question is: You
13 were not there when she passed away; is that correct?
14     A. No, we weren't in the NICU when she passed
15 away. No.
16     Q. Was your mom there?
17     A. She was there, yes.
18     Q. Okay. And was your father-in-law -- or I mean
19 your stepfather there too?
20     A. He wasn't back in the NICU, no, but he was
21 there because he drove her.
22     Q. Okay. So your mother was with her when she
23 passed -- when she passed; is that right?
24     A. She wasn't with her, no, but she was, like, at

Page 73

1  the hospital.
2      Q. At the hospital.
3      A. She was going to be visiting her. Like, she
4  was going to be signing in to visit her and everything.
5  She was there before we were there.
6      Q. So did you -- did you get a phone call that
7  she had passed? Is that -- how did you --
8      A. We were told we needed to come to the
9  hospital. We were just told we needed to come to the
10 hospital. That's it.
11     Q. Okay. And then you came to the hospital?
12     A. Then we went to the hospital, and that's when
13 we were given, obviously, the sensitive information.
14     Q. Okay. Did they tell you what the cause of
15 death was?
16     A. No. NEC.
17     Q. Did they tell you that? Do you recall?
18     A. I don't recall them telling me that, no. I
19 wasn't listening to anybody at that point.
20     Q. Right. I understand that. I just am trying
21 to figure out if you recall anything about what they
22 told you.
23     Did they tell you anything about formula causing
24 the NEC or anything like that?



Page 74

1      A. No, they didn't tell me anything. If they
2  did, I don't recall.
3      Q. Okay. When did you first hear about NEC?
4      A. When they told us about it in the NICU.
5      Q. From -- so let me take a step back. My
6  question is very general. Is that the first time you
7  had ever heard of NEC --
8      A. Yes.
9      Q. -- was when RaiLee got it?
10     A. Yes.
11     Q. Okay. And do you recall any conversations
12 about what it was with the doctors or what it could do?
13     A. No.
14     Q. Did you speak with anyone else about NEC at
15 that time?
16     A. No.
17     Q. And what is your current understanding of what
18 NEC is?
19     A. It tears you apart on the inside. It's a
20 gastrointestinal issue, right? That's what I believe.
21 That's what I -- my experience with what happened to my
22 daughter. That's what I know NEC is.
23     Q. Did the doctors ever tell you what caused the
24 NEC?

Page 75

1      A. No.
2      Q. Do you have a belief today about what caused
3  the NEC?
4      A. Yes.
5      Q. What is your belief?
6      A. That she was given something that she
7  shouldn't have had.
8      Q. What is that?
9      A. That formula.
10     Q. So it's your belief that formula causes NEC?
11     A. Not all formula, but -- I don't know. I know
12 something happened to my daughter that shouldn't have
13 happened to her. So it is my belief that, yes, that
14 formula caused it.
15     Q. And when did you develop that belief?
16     A. Recently.
17     Q. What caused you to develop that belief?
18     A. Everything going on with this.
19     Q. The lawsuit?
20     A. The lawsuit, yes.
21     Q. Okay. And was that based on a discussion that
22 you had with Ericka?
23     A. That was based on my discussion of how I
24 looked into what Abbott was.

Page 76

1      Q. Okay. Can you tell me a little bit about what
2  you did to look into what Abbott was?
3      A. Just a Google search.
4      Q. What did you find?
5      A. I just went down the rabbit hole and started
6  reading about it and what they do and what they produce
7  and their company and what it is, and obviously, that
8  fell under the subcategory of what my daughter was
9  given. And then I'm -- two plus two with everything on
10 the lawsuit, and that's my conclusion. And that's a
11 personal opinion, and I'm allowed to have that, I
12 believe.
13     Q. No, I understand that. I'm just trying to
14 kind of get a sense of where you understood this from.
15     Was it based on -- did you read things about the
16 lawsuits that have been going on?
17     A. No. I didn't even know about it being a mass
18 lawsuit or other cases. I just was looking, more or
19 less, into my case with my daughter and my family.
20     Q. Okay. This was after you had learned about
21 this lawsuit, though. Is that fair?
22     A. It's after I learned about what Abbott was,
23 yes.
24     Q. I'm sorry. Let me just make sure I have the

Page 77

1  timing right.
2      After you learned that this lawsuit was being
3  filed, that's when you did the Abbott rabbit hole
4  search?
5      A. Yes.
6      Q. Okay. Are you planning to seek damages in
7  this matter for your --
8      A. I'm planning to get my daughter -- sorry.
9      Q. I'm sorry. Let me just finish the question.
10 I know this is, again, an unnatural exercise, and I
11 understand it's not easy, but I just have to get the
12 question out before you answer it.
13     Are you planning to seek damages for your own
14 mental or emotional injuries?
15     A. I don't care about damages. I care about
16 getting my daughter's story told because it needs told,
17 because obviously it's not just her story.
18     Q. Do you know of something that Ms. Mar refers
19 to as the "Forever Book"?
20     A. I do.
21     Q. Okay. What is the Forever Book?
22     A. It's something that she was pouring all of her
23 sadness and memories in for RaiLee and just to try to
24 keep her alive.



Page 78

1    Q. Did you write in the Forever Book yourself?
2    A. I think I wrote maybe one or two pages, yes.
3    Q. Do you need this book to remember your
4  feelings at the time?
5    A. What did you just ask me?
6       MR. ROJAS: Objection.
7    Q. I'm sorry. Do you need the Forever Book to
8  help remember your feelings --
9       MR. ROJAS: Objection.
10    Q. -- at the time?
11    A. No.
12    Q. Okay. You and Ms. Mar are no longer married;
13  is that right?
14    A. We are not.
15    Q. Okay. How long were you married?
16    A. Seven years.
17    Q. And when did the two of you separate?
18    A. 2017, 2018, I think.
19    Q. That was about four years after RaiLee passed
20  away?
21    A. Yeah.
22    Q. Three or four?
23    A. On or off, I mean. Our official separation,
24  anyway. We were -- yeah.

Page 79

1    Q. Okay. Are you officially divorced right now,
2  or are you still --
3    A. Yeah. As of a couple months ago, actually.
4    Q. Okay. You had -- you had a child after
5  RaiLee's death; right?
6    A. Yes.
7    Q. And then what was the reason for the divorce,
8  if you don't mind -- I know this is a sensitive topic,
9  but can you give me in your words what the reason for
10  the divorce was?
11    A. We couldn't pull ourselves back together.
12    Q. Back together after --
13    A. After RaiLee.
14    Q. Okay. Are you aware that Ms. Mar attempted
15  suicide after RaiLee's death?
16    A. I believe she --
17       MR. ROJAS: Objection.
18    A. -- has told me before, yes.
19    Q. Okay. What did she tell you?
20       MR. ROJAS: Objection.
21    A. I mean, she told me that she tried to kill
22  herself. We had just lost our daughter, her child,
23  somebody she had carried in her belly, you know, a part
24  of her.

Page 80

1    Q. I understand, and I understand that this is a
2  difficult topic. So, again, I apologize. I do have to
3  ask these questions. We'll try to get through this as
4  fast as possible.
5    Do you know how, how that happened?
6    A. No.
7    Q. Okay. And can I ask you, do you feel like you
8  need answers or closure to RaiLee's death and that this
9  lawsuit will bring that for you?
10       MR. ROJAS: Objection.
11    A. Nothing is ever going to bring me the closure
12  that I need.
13    Q. Do you think this lawsuit will help with that?
14       MR. ROJAS: Objection.
15    A. How is that a relevant question, honestly?
16  Because I just told you, nothing is going to give me
17  closure or give me any semblance of closure. My
18  daughter is gone. My family was destroyed.
19    Q. I understand. I'm just trying to get a sense
20  of where you are on the lawsuit in particular.
21    A. I don't really care about the lawsuit. I care
22  about my story, my daughter's story.
23    Q. Do you know anything about Ms. Mar's
24  relationships after you separated?

Page 81

1    A. A little bit, yes.
2    Q. What do you know?
3    A. Enough.
4    Q. What does that mean?
5    A. That she has been in two relationships since
6  me and that they have been rocky.
7    Q. Do you know Tyler Fleming?
8    A. I do.
9    Q. Okay. And what do you know about Tyler
10  Fleming?
11       MR. ROJAS: Objection.
12    A. That she got with him after me and they had
13  another kid together. That's it.
14    Q. Has she ever spoken to you about her
15  relationship with Tyler?
16       MR. ROJAS: Objection.
17    A. On occasion.
18    Q. And what has she told you?
19       MR. ROJAS: Objection.
20    A. She has talked to me about things that
21  happened with her and Tyler.
22    Q. What sort of things?
23       MR. ROJAS: Objection.
24    A. Personal things.



Page 82

1    Q. Did she tell you that he was emotionally
2  abusive to her?
3            MR. ROJAS: Objection.
4    A. She has before, yes.
5    Q. Has she told you that he was physically
6  abusive?
7            MR. ROJAS: Objection.
8    A. Yes.
9    Q. Do you know whether Ms. Mar had a difficult
10 childhood?
11   A. Yes.
12   Q. What do you know about that?
13   A. Not much.
14   Q. Did she talk to you about --
15   A. Adoption, and her parents were her
16 grandparents. Yeah.
17   Q. Do you know whether she had mental health
18 issues prior to RaiLee's death?
19   A. Prior to RaiLee's death?
20   Q. Yes.
21   A. No.
22   Q. You don't know?
23   A. I don't know.
24   Q. Do you know whether she had ever attempted

Page 83

1  suicide prior to RaiLee's death?
2    A. Prior to RaiLee's death? I'm sure that
3  discussion has happened before, but I don't think she
4  ever attempted it when we were together before RaiLee's
5  death, no.
6    Q. Okay. So I'm not talking about when you were
7  together. I'm just talking about any time.
8    A. Then, no, I don't know.
9    Q. Okay. Do you know whether she's been formally
10 diagnosed with mental health conditions?
11   A. Since after, or when we were together, or
12 before?
13   Q. How about -- let's try before you were
14 together.
15   A. I don't know.
16   Q. How about when you were together?
17   A. No.
18   Q. How about after?
19   A. I don't know.
20   Q. And then I think you said you see Athena and
21 Reidon --
22   A. "Reidon."
23   Q. Reidon. I'm sorry.
24      You see Athena and Reidon regularly?

Page 84

1    A. Regularly.
2    Q. How often?
3    A. Every other week or every weekend. Well,
4  every other weekend or every weekend when I can.
5    Q. And what is the custody arrangement with them?
6    A. Every other -- every holiday, every birthday,
7  and then every summer break. Every other weekend.
8    Q. Do you have child -- do you pay child support?
9    A. I do.
10   Q. Okay. And are you up to date on child support
11 with them?
12           MR. ROJAS: Objection.
13   A. I'm a little bit behind.
14   Q. Have you missed any payments?
15           MR. ROJAS: Objection.
16   A. I'm a little bit behind.
17   Q. How behind are you?
18           MR. ROJAS: Objection.
19   A. A little bit behind.
20   Q. I mean, what does that mean?
21   A. A couple months.
22           MS. RURKA: Okay. Why don't we take a
23 break, and hopefully I can wrap up. Okay? 10 minutes.
24           THE VIDEOGRAPHER: The time is 10:47 a.m.

Page 85

1  We are off the record.
2        (Off the record.)
3        THE VIDEOGRAPHER: The time is 10:58 a.m.
4  We are on the record.
5  BY MS. RURKA:
6    Q. Mr. Mar, is it true that Ms. Mar keeps --
7  regularly keeps you updated about the progress of this
8  lawsuit?
9            MR. ROJAS: Objection.
10   A. No.
11   Q. No?
12   A. No.
13   Q. Okay. And is it true that you relied on her
14 to make the medical decisions for RaiLee?
15           MR. ROJAS: Objection.
16   A. No.
17           MR. ROJAS: I'm sorry. I didn't hear the
18 answer.
19           THE COURT REPORTER: It was "No."
20           MR. ROJAS: Okay.
21 BY MS. RURKA:
22   Q. Is it true that you didn't make any of the
23 medical decisions for her?
24           MR. ROJAS: Objection.



Page 86

1      A. I didn't sign any paperwork, no.
2      Q. But you did participate in the medical
3  decision-making for her?
4      A. Of course.
5      Q. I want to show you what I'm going to mark
6  as -- I will mark it as Anthony Mar Exhibit 1.
7          (Anthony Mar Exhibit No. 1 marked for
8          identification.)
9  BY MS. RURKA:
10     Q. And I'll ask you if you have seen that before.
11 Have you seen this before?
12     A. No.
13     Q. Okay. If you go to page 20, which is the
14 second-to-last page, I think, do you see where it says
15 "Preparation of Fact Sheet"?
16     A. Yeah.
17     Q. It says, "Please provide the name and address
18 of any non-party other than counsel who provided
19 information contained within or assisted with preparing
20 this fact sheet."
21     Do you see that?
22     A. I see that.
23     Q. And your name is there?
24     A. Yeah.

Page 87

1      Q. Do you recall assisting with preparation of
2  the fact sheet?
3      A. If she asked me questions and I gave them
4  answers or she probably already had the information.
5  We were together for 10 years, married for seven, have
6  three kids together, so --
7      Q. So, I'm sorry, I'm just trying to -- did you
8  assist in preparing it? Do you recall?
9      A. Not directly.
10     Q. Okay. Do you recall --
11     A. I gave her the information she needed, though,
12 yes.
13     Q. Okay. So -- and did you understand when you
14 gave her that information that that's what this was
15 for?
16     A. Not at the time, I guess.
17     Q. Did you understand it was for a lawsuit,
18 though?
19     A. No.
20     Q. Okay. So you didn't review this for accuracy
21 before she submitted it. Is that fair?
22     A. That's fair. It's accurate, though.
23     Q. It is accurate. Okay. Thank you.
24         MS. RURKA: Subject to questioning from

Page 88

1  Mr. Rojas, I may have questions following up his
2  questioning of you, but otherwise, I'm done for now.
3          EXAMINATION
4  BY MR. ROJAS:
5      Q. Okay. Anthony, I have an opportunity to ask
6  some questions now, as I briefly discussed with you off
7  the record. I don't think I'm going to go through a
8  lot of it just to -- I don't think it requires much
9  clarification, but I do have some follow-up questions.
10 Is that okay?
11     A. That's fine.
12     Q. Okay. So you referenced a bottle that you saw
13 in the NICU.
14         MR. ROJAS: Can we mark this as
15 Plaintiff's Exhibit 1?
16         (Plaintiff's Exhibit No. 1 marked for
17         identification.)
18 BY MR. ROJAS:
19     Q. So I'm showing you what's been marked as
20 Plaintiff's Exhibit 1, which is just a bottle of
21 Similac Special Care Premature 24. Does -- can you
22 just take a look at that.
23     How -- what you testified about, how does it
24 differ from what you're looking at right there --

Page 89

1          MS. RURKA: Objection.
2      Q. -- if at all?
3          MS. RURKA: Form.
4      A. It doesn't.
5      Q. So you saw something -- did you see something
6  similar to that?
7      A. Yes.
8          MS. RURKA: Objection. Mischaracterizes
9  testimony.
10     Q. Okay. Let me just ask it this way, then,
11 given the objection from counsel. That bottle that
12 you're seeing that I have just demonstrated, does it
13 look similar to anything you have seen in the past?
14     A. Yes.
15         MS. RURKA: Objection. Form.
16     Q. I'm sorry?
17     A. Yes.
18     Q. Okay. And what does it look similar to that
19 you have seen in the past?
20         MS. RURKA: Objection. Form.
21     A. A formula bottle in the NICU.
22     Q. All right. You talked about a Christina that
23 had offered her milk to be used for RaiLee. Do you
24 recall that?



Page 90

```
 1        A.  I recall that, yes.
 2        Q.  All right.  And were you ever prior to -- were
 3   you ever told of the risks of formula associated with
 4   necrotizing enterocolitis?
 5        A.  I was not.
 6        Q.  And if you had been warned of the risk of
 7   formula relative to necrotizing enterocolitis, is there
 8   anything you think you would have done differently?
 9        A.  Everything.
10        Q.  Can you give me a little bit better
11   understanding?
12             MS. RURKA:  Objection to form.
13        A.  If I had been given that information, I would
14   have pursued -- and Ericka would have as well, I know
15   she would have -- different avenues to feed our
16   daughter and to make sure she got the nutrition that
17   she needed.
18        Q.  Okay.  And you understand that, in this case,
19   Ericka had run out of -- was -- there was not a whole
20   lot of Ericka's breast milk left --
21        A.  Exactly.
22        Q.  -- at the time that the formula was fed?  Did
23   you know that?
24        A.  I understand that, yes.
```

Page 91

```
 1        Q.  Okay.  So if the doctors had said to you,
 2   "Well, we're going to feed formula to feed the baby," I
 3   mean, what would you have done differently?
 4        A.  I would have told them "No."
 5        Q.  Okay.  And how would RaiLee have been fed?
 6        A.  Through a donor system somehow, one way or
 7   another.  They would have found a different way to feed
 8   my daughter or I would have taken her to a different
 9   hospital.
10        Q.  Okay.
11        A.  The formula -- if I would have been given any
12   kind of warning or -- how they correlate together, NEC
13   and the formula do, it wouldn't have been a question of
14   what I would have done.  That wouldn't have been
15   allowed near my daughter.
16        Q.  You would have found a way?
17        A.  I would have found a way.
18             MR. ROJAS:  Okay.  I don't have any other
19   questions.
20             EXAMINATION
21   BY MS. RURKA:
22        Q.  Mr. Mar, when did you see that bottle?
23        A.  When -- in the NICU with my daughter.
24        Q.  And how did you see it?
```

Page 92

```
 1        A.  In passing.
 2        Q.  In passing how?
 3        A.  In -- while we were in the NICU, if they were
 4   giving feedings out during the time, because we weren't
 5   allowed to directly feed her ourselves.
 6        Q.  How did you see them giving her feedings of
 7   that?
 8        A.  They had the bottle out on the thing, like on
 9   a table next to them, where they had just used it for
10   whatever purpose or however they fed her, because I
11   know at one point she was on a feeding tube.  Yes, I
12   know that.
13        Q.  No.  I'm just trying to get a sense of how you
14   saw it.  Did you see them feeding her that bottle?
15             MR. ROJAS:  Asked and answered.
16        A.  That bottle directly?
17        Q.  No.  A bottle like that.
18        A.  Yes.
19        Q.  You saw them feeding her a bottle like that?
20        A.  They were feeding her formula out of a bottle
21   like that.  I don't know how they fed it to her, but I
22   know that I have seen bottles like that in the NICU
23   around her bili box.
24        Q.  Okay.  And how did you see them feeding her
```

Page 93

```
 1   out of a bottle like that?
 2             MR. ROJAS:  Objection.  Mischaracterizes
 3   the testimony.
 4        A.  I don't understand the question.
 5        Q.  I'm just trying --
 6        A.  I just told you I didn't see a direct feeding.
 7   All I know is I have seen this bottle or a bottle
 8   similar to this around my daughter's bili box when she
 9   was in the NICU.
10        Q.  Okay.  So you didn't actually observe -- I'm
11   just -- I'm sorry.
12        A.  No.
13        Q.  Sir, I am sorry.  I'm trying to --
14             MR. ROJAS:  He's answered the question
15   three times.
16        Q.  I know.  I'm trying to -- I'm trying to just
17   get a sense of what happened.  Okay?  So I apologize
18   for the questions.  I understand this is a difficult
19   situation for you, but I have to ask these questions.
20             MS. RURKA:  And, Counsel, I would
21   appreciate it if you would keep your tone down a little
22   bit.  These are fair questions to ask the witness.
23             MR. ROJAS:  It was a fair question.  It's
24   not a fair question when you ask the same question
```



Page 94

1    three different times.
2         MS. RURKA:  I did not ask the same
3    question three different times.  So please refrain from
4    raising your voice to me.
5         MR. ROJAS:  I don't feel I raised my
6    voice at all.
7    BY MS. RURKA:
8         Q.  So, Mr. Mar, I'm trying to get a sense of when
9    you saw them and how you saw it.  Okay?
10        So you did not see the nurse feeding her that, but
11   you saw that in the room with --
12        A.  In her area.
13        MR. ROJAS:  Objection.  Asked and
14   answered.
15        Q.  In her area.  Okay.
16        Did you ask to read it or anything like that?
17        A.  No.
18        Q.  Did you pick it up?
19        A.  No.
20        Q.  Okay.  Did anyone make it available to you for
21   reading?
22        A.  No.
23        Q.  Were you curious about it at all when you saw
24   it?

Page 95

1         A.  At the time, I was trusting the doctors, yes.
2         Q.  Okay.  If you had read it -- well, go ahead
3    and take a look at it now and tell me what it is you
4    think about it that's interesting.
5         MR. ROJAS:  Objection.
6         A.  It has allergy information on here.  The
7    instructions for use.  "Use as directed by a doctor."
8    What am I looking for?
9         Q.  I'm just trying to figure out if there's
10   anything on there that you find --
11        A.  No, there's nothing on here that would make me
12   think that it's bad.
13        Q.  Okay.  Does "use it as directed by a
14   doctor" -- would you follow that instruction if that
15   was given to you?
16        A.  Yes.
17        Q.  Okay.  Other than a donor system or going to a
18   different hospital, what other avenue would you have
19   taken to avoid having RaiLee given the formula?
20        A.  Any other avenue.  I mean, what other avenues
21   are there outside of a donor system or going to another
22   hospital?  There are none.
23        Q.  Okay.  And were you aware that there was not a
24   donor milk system at that hospital?

Page 96

1         A.  I was not aware of that.
2         Q.  Were you aware of the availability of donor
3    milk generally at the time?
4         A.  No.
5         Q.  Okay.  So you don't have any knowledge today
6    about what the availability of donor milk was at the
7    time.  Is that fair?
8         A.  At the time, no.  I don't know what was
9    available then.
10        Q.  If there was nothing else to give her, would
11   you have agreed with the doctor's decision to give her
12   that formula?
13        A.  Based off of not having the information that I
14   would need, yes.  I mean, it says, "Use as directed by
15   a doctor."
16        Q.  No.  If you had --
17        A.  Go ahead.
18        Q.  Sorry.  Let me re-ask it.
19        A.  Rephrase.
20        Q.  Let me re-ask that.
21        Having the information that you have today, if
22   there had been nothing else available to feed RaiLee,
23   would you have agreed with the doctor's decision to
24   feed her that?

Page 97

1         A.  No.
2         Q.  Okay.  So if there was nothing else available,
3    she would not have gotten fed?  Is that what you --
4         A.  Are you serious?  Because that's not what I
5    meant.
6         Q.  Okay.  That's what I'm asking.  That's why I
7    asked the follow-up question.  If there was nothing
8    else available for her to be fed, would you agree with
9    the doctor's decision to feed her that?
10        A.  To feed her that?
11        Q.  Yes.
12        A.  No.
13        Q.  Even if there was nothing else available for
14   her?
15        A.  Come on.
16        Q.  That's my question.  Sir, I'm sorry.  That's
17   my -- that is literally my --
18        A.  I refuse to answer that question, then,
19   because it's irrelevant.  Like that's -- that's -- what
20   do you mean?  If I refuse to -- if I get -- you're
21   wanting me to say yes to giving her this formula.
22   That's what you want me to say yes to.
23        Q.  Sir --
24        A.  Because otherwise my daughter starves, right?



Page 98

1     Q. Sir, I'm just asking you the question. If
2 your answer is "nothing else," then that's fine. I
3 just want to make sure you understand the question that
4 I was asking you.
5     A. I understand the question you're asking me.
6     Q. Okay. And your answer was, if there was
7 nothing else to feed her, you would say no to that. Is
8 that right? That's my question.
9     A. Yes.
10     MS. RURKA: Okay. I have no other
11 questions.
12     MR. ROJAS: Nothing else. Thank you,
13 Anthony.
14     THE VIDEOGRAPHER: We are off the record
15 at 11:12 a.m., and this concludes today's testimony.
16     (Deposition concluded at 11:12 a.m.)
17
18
19
20
21
22
23
24

Page 99

1 STATE OF WEST VIRGINIA,
2 COUNTY OF NICHOLAS, to wit;
3
4     I, Elizabeth A. Hill, a Notary Public within
and for the County and State aforesaid, duly
5 commissioned and qualified, do hereby certify that the
foregoing deposition of ANTHONY MAR was duly taken by
6 me and before me at the time and place and for the
purpose specified in the caption hereof, the said
7 witness having been by me first duly sworn.
8     I do further certify that the said deposition
was correctly taken by me in shorthand notes, and that
9 the same were accurately written out in full and
reduced to typewriting and that the witness did not
10 request to read the transcript.
11     I further certify that I am neither attorney
or counsel for, nor related to or employed by, any of
12 the parties to the action in which this deposition is
taken, and further that I am not a relative or employee
13 of any attorney or counsel employed by the parties or
financially interested in the action and that the
14 attached transcript meets the requirements set forth
within article twenty-seven, chapter forty-seven of the
15 West Virginia Code.
16     My commission expires July 5, 2027. Given
under my hand this 28th day of April, 2025.
17
18     _____
19 Elizabeth A. Hill
Registered Diplomate Reporter
Certified Realtime Reporter
20
21
22
23
24



26 (Pages 98 to 99)

**A**

**Abbott**
1:5,10 5:7,22 6:21
75:24 76:2,22 77:3

**Abbott's**
7:2

**abdominal**
31:15

**abilities**
56:14

**ability**
8:19 54:17

**able**
43:17 47:24 48:18
59:21

**above-entitled**
1:17

**abusive**
82:2,6

**accuracy**
87:20

**accurate**
27:17 29:3,5 34:23
34:24 87:22,23

**accurately**
99:9

**acting**
13:1

**action**
1:17 99:12,13

**address**
14:8,17 15:2 86:17

**adequately**
54:14

**administered**
61:1,9 62:19 63:1

**admissible**
38:15

**admitted**
39:18 47:18 50:20
52:2,2

**Adoption**
82:15

**advance**
7:8,10 41:5

**affiliations**
5:19

**aforesaid**
99:4

**ago**
9:24 11:22 12:2 79:3

**agree**
60:4 97:8

**agreed**
96:11,23

**ahead**
26:6 95:2 96:17

**AL**
1:5

**alcohol**
35:2,17

**alive**
71:6 77:24

**allegations**
55:21

**allergy**
95:6

**allow**
38:22

**allowed**
48:8 76:11 91:15
92:5

**answer**
7:13,19,21 8:6 17:7
34:9 35:12,12 37:19
41:17 55:6,7 56:10
77:12 85:18 97:18
98:2,6

**answered**
92:15 93:14 94:14

**answers**
7:23 27:4 80:8 87:4

**Anthony**
1:16 3:3 4:3 5:5 6:15
86:6,7 88:5 98:13
99:5

**anybody**
59:14 73:19

**anyway**
78:24

**apart**

74:19

**apologize**
7:8,10 21:21 26:3
58:15 80:2 93:17

**apologized**
41:5 68:22

**appearance**
5:17

**appearances**
2:1 5:18

**APPEARING**
2:2,10

**applied**
57:16

**appointments**
25:13,21 34:11

**appreciate**
93:21

**appropriately**
53:13 55:7

**April**
1:19 5:3 99:16

**area**
67:15 72:1 94:12,15

**arrangement**
84:5

**arrived**
40:11

**article**
99:14

**articulate**
38:7,8

**articulation**
38:23

**Ashley**
14:17

**Aside**
47:7

**asked**
7:19 10:23 13:5,11
13:24 41:3,3 57:5
87:3 92:15 94:13
97:7

**asking**
7:17 24:20 35:18
39:3 56:23 57:22

60:13,16,21 97:6
98:1,4,5

**asleep**
40:6 69:22 70:11

**aspect**
56:20

**assist**
87:8

**assisted**
86:19

**assisting**
87:1

**associated**
90:3

**assume**
61:19 62:19

**assuming**
28:20 64:15 70:23

**Athena**
9:10,11,13,17 19:10
20:8,14,18,24 21:5
23:21 25:3 33:2
41:3 42:23 58:12,16
60:18 83:20,24

**Athena's**
43:14

**attached**
99:14

**attempt**
24:15

**attempted**
79:14 82:24 83:4

**attend**
25:12

**attended**
25:20

**attending**
25:16

**attorney**
5:20 10:12 13:1
99:11,13

**August**
26:5 30:12 33:7,11

**availability**
96:2,6

**available**



53:6 57:24 60:8
94:20 96:9,22 97:2
97:8,13
**avenue**
62:2 95:18,20
**avenues**
90:15 95:20
**average**
27:2,3
**avoid**
95:19
**aware**
9:21 61:13,16 62:2
79:14 95:23 96:1,2
**Azuga**
51:9
**a.m**
1:19,19 5:3 54:5,8
84:24 85:3 98:15,16

---

**B**

**babies**
48:12 59:3
**baby**
20:6 28:17 40:9
52:16 59:16 72:4
91:2
**back**
24:19 40:14 45:23
46:6,16,22 49:3
53:22 65:9 68:5,7,8
69:4 71:16,24 72:1
72:20 74:5 79:11,12
**bad**
33:3 58:14 95:12
**bag**
67:8
**bang**
40:6
**based**
75:21,23 76:15 96:13
**Basically**
41:15
**basis**
39:1
**bathroom**

39:22 40:7
**beds**
70:1
**beginning**
5:19 51:13
**behalf**
5:22,24 6:21 9:22
**belief**
75:2,5,10,13,15,17
**believe**
9:24 10:23 13:2
14:17 16:23,24 34:3
44:23 45:21 49:8,10
49:16 54:16 62:12
64:5,9 70:10 74:20
76:12 79:16
**bell**
59:11
**belly**
60:19 79:23
**BERNSTEIN**
2:7
**best**
8:19 53:5 54:17
56:13 60:7
**better**
53:19 62:13 90:10
**beyond**
15:14
**big**
61:2 67:10 68:3
**biggest**
20:5
**bili**
48:2 92:23 93:8
**binder**
31:15
**birth**
4:12 6:16 19:13,14
19:20 22:17,18,19
22:20 26:12 28:18
28:21,22 39:19
42:19 52:5,14
**birthday**
84:6
**births**

43:1,4
**bit**
23:5 40:3 64:17,21
76:1 81:1 84:13,16
84:19 90:10 93:22
**bleeding**
39:22
**blood**
41:6 59:10,15
**blue**
68:23
**book**
77:19,21 78:1,3,7
**born**
9:18 14:15 19:10
21:22 23:1 40:9
**bottle**
4:6 61:2 88:12,20
89:11,21 91:22 92:8
92:14,16,17,19,20
93:1,7,7
**bottles**
92:22
**bottom**
34:14,16 36:22
**bought**
25:4
**box**
34:16 48:2,2 92:23
93:8
**Braxton**
46:20
**break**
7:12,13,14 8:13
53:22 54:3,4 84:7
84:23
**breaks**
8:10,12
**breast**
20:14 57:9 58:18
59:10,15,23 60:8
61:14,17 62:1,3
90:20
**breastfed**
20:11
**breastfeed**

20:8 21:5 23:11
58:17
**breastfeeding**
20:17 21:12
**briefly**
88:6
**bring**
80:9,11
**brought**
52:5

---

**C**

**C**
5:1
**CABRASER**
2:7
**calculated**
38:14
**call**
65:16 66:3 69:3,16
73:6
**called**
6:6 12:16 40:7 48:3
69:14,15,21 70:13
**calling**
69:21
**calls**
70:14
**CAMASSAR**
2:4,18
**CAMC**
43:23 44:16 45:11,20
47:2
**Canton**
16:1
**caption**
99:6
**care**
4:6 22:5 43:7 51:3
53:5 77:15,15 80:21
80:21 88:21
**carried**
79:23
**case**
1:10 5:9 6:23 7:6
11:1,4,7,23 12:9



39:4 41:8,10,12
76:19 90:18
**cases**
76:18
**cause**
73:14
**caused**
7:3 55:22 74:23 75:2
75:14,17
**causes**
75:10
**causing**
73:23
**certainly**
37:13
**certificate**
4:12 26:12 28:18,21
**Certified**
1:18 99:19
**certify**
99:5,8,11
**challenges**
42:19
**challenging**
42:22
**chance**
8:7 61:21
**change**
65:14
**chapter**
99:14
**charge**
17:9
**charges**
17:1 18:10
**Charleston**
45:20 46:24 48:20
64:24 65:8,21,22
66:3
**check**
48:11
**Chemistry**
36:19
**Chicago**
2:13
**child**

19:9 43:12 56:19
79:4,22 84:8,8,10
**childhood**
82:10
**children**
9:5,7 19:6,7 33:4
42:3 49:14
**children's**
32:24
**Child's**
4:12 26:12
**choice**
41:4
**choose**
41:24 42:2,2
**Chris**
2:16 5:12
**Christina**
57:20 58:5 63:4,4
89:22
**Christina's**
58:3
**cigarettes**
27:1,2 28:7,9,10,24
29:11 32:17,18,19
32:20,21 39:9
**circumstance**
37:20 53:17
**circumstances**
39:17
**Civil**
1:16
**claims**
6:23 7:5
**clarification**
72:11 88:9
**clarify**
70:7
**cleared**
19:22 20:3
**clearly**
24:13 30:4
**close**
70:2
**closer**
13:5

**closure**
80:8,11,17,17
**clothes**
65:14
**Code**
99:15
**college**
15:10
**colostomy**
67:8
**combine**
34:24
**come**
41:2,4,24 42:3 46:16
53:22 67:4 69:10
73:8,9 97:15
**comfortable**
32:2
**commission**
99:16
**commissioned**
99:5
**communicated**
53:12 54:13
**communication**
53:18 54:2,12
**communications**
56:5
**company**
76:7
**complicated**
12:12
**complications**
19:12,18 22:18
**concluded**
98:16
**concludes**
98:15
**conclusion**
76:10
**condition**
18:19 19:2 47:11
49:15,18,21 68:12
**conditions**
18:14,16 52:9,12,15
83:10

**confirm**
25:5
**consequences**
67:4
**consistent**
27:14
**consumed**
35:17
**contacted**
10:12
**contained**
86:19
**controlled**
17:11
**conversation**
49:18,20 50:1 52:3
58:5 63:19 64:11,13
64:14
**conversations**
67:20,23 74:11
**correct**
15:16 26:22 35:17
44:11,24 46:2,8
59:19 65:15 72:13
**correctly**
99:8
**correlate**
91:12
**correspondence**
51:20
**counsel**
4:7 5:6,17 7:18 24:11
26:9 29:15 30:15
38:11 86:18 89:11
93:20 99:11,13
**count**
51:7
**County**
46:20 99:2,4
**couple**
12:1 14:13 29:11
47:18 79:3 84:21
**course**
51:11 62:1 86:4
**court**
1:1 5:7,13 6:3 8:2,7



18:6 35:11 45:18
85:19
**CPR**
43:5,5
**criminal**
16:20,22 17:5
**crying**
47:15 50:1
**CT**
2:5
**curious**
22:6 94:23
**current**
14:7 15:2 16:18
18:14 74:17
**currently**
15:1,22 16:17
**custody**
84:5
**C-section**
40:16,20,22 42:7,9
44:13

------

**D**

**D**
5:1
**daily**
37:13 48:4
**damages**
11:7 77:6,13,15
**date**
4:6 6:16 25:10 30:3
84:10
**dated**
33:11
**daughter**
53:24 69:10 71:12,21
74:22 75:12 76:8,19
77:8 79:22 80:18
90:16 91:8,15,23
97:24
**daughter's**
77:16 80:22 93:8
**day**
1:19 9:3,4 12:12 14:1
25:6 27:3,9,11,13

28:7,12 29:2,6,11
32:17 34:19 40:4,17
47:19 48:6,22 49:2
49:3 50:20,22 65:9
99:16
**days**
47:18
**dead**
53:24
**dealing**
67:10
**death**
41:12,12 68:10 73:15
79:5,15 80:8 82:18
82:19 83:1,2,5
**Dec**
4:7
**decided**
10:1 12:7
**decision**
12:14 60:11 96:11,23
97:9
**decisions**
56:17 85:14,23
**decision-making**
86:3
**Defendant**
1:16 2:10 6:6
**defer**
59:24
**definitely**
49:17
**delivered**
43:18,19
**demonstrated**
89:12
**deny**
54:3
**deposed**
11:17,19,20 13:18
17:22
**deposition**
1:16 5:5,10 11:9,11
11:14 12:6 13:8,11
13:15 14:5 26:5
27:22 30:12,16 33:6

38:9,12 39:2 98:16
99:5,8,12
**describe**
53:21
**designed**
38:17,19
**destroyed**
54:1 80:18
**details**
69:2
**determine**
60:7 62:13
**develop**
75:15,17
**developed**
24:5
**diagnosed**
83:10
**diagnosis**
64:22
**dietitians**
51:22
**differ**
88:24
**different**
57:2 90:15 91:7,8
94:1,3 95:18
**differently**
56:23 70:4 90:8 91:3
**difficult**
7:6 37:19 45:16
64:18,19 80:2 82:9
93:18
**Diplomate**
1:17 99:19
**direct**
51:12 93:6
**directed**
95:7,13 96:14
**directly**
10:23 87:9 92:5,16
**discovery**
38:14
**discuss**
12:7 27:21,24 40:19
**discussed**

12:2,3 63:16 88:6
**discussion**
28:3 66:10 75:21,23
83:3
**discussions**
21:9 43:11 60:10
63:21
**disorder**
18:19 19:2
**District**
1:1,1 5:7,8
**disturbing**
24:16
**Division**
1:2 5:9
**divorce**
79:7,10
**divorced**
79:1
**Docket**
1:6
**doctor**
25:5 48:11,11 52:1
54:20 55:1,3 67:21
95:7,14 96:15
**doctors**
40:19 48:12 51:8,10
51:12,14,17 58:6
59:24 60:11 62:6,12
66:8 68:13 74:12,23
91:1 95:1
**doctor's**
33:21 34:1 45:1
96:11,23 97:9
**document**
1:9 26:14,24 28:13
28:15 29:8 35:19
36:16
**documents**
14:4
**dog-tired**
70:16
**doing**
8:22 23:9 43:6 48:10
48:12 62:10
**donor**



57:10,13,14,19,21
57:23 58:4 64:8,15
91:6 95:17,21,24
96:2,6
**door**
68:19,19,20 70:2,3
**double-sided**
36:18
**Dr**
34:3 51:9
**Drive**
2:12
**drove**
72:21
**drugs**
35:6 36:2
**dry**
60:8
**due**
25:10
**duly**
6:7 99:4,5,7

**E**

**E**
5:1,1
**earlier**
58:12
**easier**
53:23
**Eastern**
1:2 5:8
**easy**
77:11
**educated**
42:24 43:3
**education**
15:14 56:13
**either**
62:3,19
**Elizabeth**
1:17 5:14 99:4,18
**Embassy**
65:23,24 68:7,8 70:3
**emergency**
40:15,23 42:13 69:7

71:10,11,20
**emotional**
77:14
**emotionally**
82:1
**employed**
15:22,24 16:7,13
99:11,13
**employee**
99:12
**ended**
20:17
**enterocolitis**
6:24 90:4,7
**entire**
12:13 70:17
**Ericka**
4:10 5:24 6:20 10:11
10:13 14:21,22 26:7
27:22 29:19 30:12
30:13 31:8 33:6,8
42:2 57:12 58:5
63:19 75:22 90:14
90:19
**Ericka's**
90:20
**escorted**
71:18
**especially**
33:1
**Esquire**
2:3,3,6,11,11
**established**
24:14
**ET**
1:5
**evening**
68:10
**eventually**
20:24 21:3 23:22
44:18 67:9 68:5
**everybody**
49:14
**evidence**
38:15
**exactly**

17:1 24:4 43:9 90:21
**EXAMINATION**
3:1 6:9 88:3 91:20
**example**
52:19
**exchange**
11:3
**exercise**
45:15 77:10
**Exhibit**
4:1,3,5,10 26:4,7
30:12,13 33:6,8
86:6,7 88:15,16,20
**EXHIBITS**
4:2,8
**existed**
57:11
**expected**
67:3
**experience**
40:5 56:13 74:21
**expires**
99:16
**explain**
68:16
**explained**
66:14
**extent**
17:7
**external**
67:7

**F**

**face-to-face**
51:12
**fact**
4:4 20:1 43:21 86:15
86:20 87:2
**fair**
13:13 15:20,21 22:14
38:2 45:4 46:7
48:23 54:15 56:2,12
60:6 71:4 76:21
87:21,22 93:22,23
93:24 96:7
**family**

18:18 19:1 54:1
76:19 80:18
**far**
25:7 27:20
**Farry**
34:3
**fast**
16:1 80:4
**father**
6:18 47:8 50:16
56:18
**father-in-law**
72:18
**February**
6:17 21:22
**fed**
43:12 59:15,24 60:14
90:22 91:5 92:10,21
97:3,8
**Federal**
1:16
**feed**
60:3 61:20 90:15
91:2,2,7 92:5 96:22
96:24 97:9,10 98:7
**feeding**
92:11,14,19,20,24
93:6 94:10
**feedings**
43:5,8 92:4,6
**feel**
42:4,7 53:4,12 54:13
55:8 56:9 80:7 94:5
**feelings**
78:4,8
**fell**
70:11 76:8
**felonies**
17:7
**felony**
17:2 18:9
**felt**
42:12 53:18
**fighting**
68:4
**figure**



95:9
**figured**
65:11
**file**
10:2 28:17
**filed**
5:7 77:3
**filing**
9:21
**fill**
26:18 28:20
**filled**
26:21 27:5
**financially**
99:13
**find**
76:4 95:10
**fine**
14:24 17:19 20:2
22:24 23:10 88:11
98:2
**finish**
34:7,8 37:18 45:17
77:9
**first**
6:7 10:13 19:9 24:22
27:10 39:18 42:1,3
45:19 47:16 50:19
52:1 62:2 67:8 74:3
74:6 99:7
**five**
16:6 32:21
**Flatwoods**
14:16
**Fleishman**
2:6
**Fleming**
81:7,10
**flesh**
41:11
**flip**
36:17,17
**Floor**
2:7
**follow**
68:23 95:14

**followed**
44:10 68:24,24 71:2
**following**
27:3 88:1
**follows**
6:8
**follow-up**
88:9 97:7
**foregoing**
99:5
**Forever**
77:19,21 78:1,7
**form**
22:11 89:3,15,20
90:12
**formally**
83:9
**formula**
4:6 21:1 23:22,23
43:15 55:22 56:7
57:10 60:11,20,23
61:1,8,13,17,17,24
62:3,6,7,10,14,18
63:1 73:23 75:9,10
75:11,14 89:21 90:3
90:7,22 91:2,11,13
92:20 95:19 96:12
97:21
**forth**
24:19 45:23 46:7
99:14
**forty-seven**
99:14
**forward**
12:7 67:11
**found**
24:24 25:3 65:18
91:7,16,17
**four**
27:11 78:19,22
**frame**
37:21
**friend**
63:7
**Fuel**
16:1

**full**
6:13 57:15 99:9
**further**
99:8,11,12

---
### G
---

**G**
5:1
**Gassaway**
14:9,11
**gastrointestinal**
52:20 74:20
**GED**
15:5,6
**general**
9:5 63:19 74:6
**generally**
12:4 40:11 47:13
49:12 96:3
**genetic**
18:18 19:2
**gestures**
7:24
**getting**
13:18 28:21 77:16
**girl**
57:20
**girlfriend**
15:3
**give**
25:19 60:11 62:6
63:3 79:9 80:16,17
90:10 96:10,11
**given**
7:5 42:7 54:18,19
61:21,24 64:16
71:20 73:13 75:6
76:9 89:11 90:13
91:11 95:15,19
99:16
**giving**
92:4,6 97:21
**go**
15:10 20:2 26:6,24
30:8 32:23 33:7
36:18 44:4,15 46:13

48:11 52:6 56:24
66:5,21 68:5,8,19
86:13 88:7 95:2
96:17
**goes**
27:20
**going**
5:3 7:6 8:11 9:6 10:8
10:10 14:1 24:18
26:2,4 30:11 32:3
33:5 42:7 49:24
52:4 55:3 60:17,18
62:14 64:18 66:11
66:17,21 67:10,11
73:3,4 75:18 76:16
80:11,16 86:5 88:7
91:2 95:17,21
**Good**
5:2,23 6:11,12 11:13
**Google**
76:3
**gotten**
97:3
**graduate**
15:4
**grandmother**
47:6
**grandparents**
82:16
**ground**
16:12
**grow**
67:9
**guess**
13:19 22:6 43:24
52:16,18 56:22
57:10,22 58:10,23
62:3 72:12 87:16
**gurney**
40:13
**guys**
68:22

---
### H
---

**H**
6:5



**half**
25:17 29:1,5 34:14
  34:18 47:1
**Hampton**
1:18 5:11
**hand**
32:21 99:16
**handle**
55:5
**hands**
49:14
**happen**
40:23 66:12,17
**happened**
40:9,11 47:23 49:18
  49:22,22 51:11,16
  55:2 61:19,22 64:13
  64:22 66:15 68:16
  69:9 70:16,18 74:21
  75:12,13 80:5 81:21
  83:3 93:17
**happening**
33:4 42:11 62:8
**harass**
38:18,19
**hard**
20:13 23:15 72:9
**head**
50:4
**heal**
32:3
**healed**
67:9
**health**
18:14,16 32:24 40:24
  52:15 82:17 83:10
**healthcare**
4:10 33:23,24
**healthy**
21:7,17
**hear**
35:11 74:3 85:17
**heard**
74:7
**hearing**
42:9

**HEIMANN**
2:7
**help**
78:8 80:13
**helped**
26:17
**helpful**
45:18
**hereof**
99:6
**high**
15:4,14
**Hill**
1:17 5:14 99:4,18
**history**
16:20,22 17:6 34:14
**hole**
76:5 77:3
**holiday**
84:6
**home**
20:3 39:24 46:13,22
  49:2 52:6,6 65:9,16
  66:2
**Hon**
1:7
**honest**
13:4
**honestly**
56:10 69:23 80:15
**hopefully**
84:23
**hospital**
4:13 16:15 28:17
  30:1,5 39:18 40:8
  40:12 42:6 45:24
  54:13,16 56:6,6
  57:18,23 58:3 66:5
  66:9 69:3,5 70:8
  71:2,18 73:1,2,9,10
  73:11,12 91:9 95:18
  95:22,24
**hotel**
65:6,18,19,21 68:19
**hotels**
13:5

**hour**
8:10,12 46:24 48:16
**hours**
44:23 48:16 50:22
**house**
38:5 39:10,13 45:22
  45:23 46:3 65:7,13
  68:6 69:24 70:9
  71:17
**Hudson**
2:7
**hysteria**
49:19 50:1

———————————
**I**
———————————
**idea**
25:19
**identification**
86:8 88:17
**II**
6:15
**IL**
2:13
**Ill**
1:10
**Illicit/recreational**
35:6 36:2
**Illinois**
1:1 5:8
**immediately**
66:5 68:21 71:1
**inaccurate**
35:24 36:1,7,9
**inappropriate**
24:10,12,20
**including**
5:17
**income**
16:18
**Incorporated**
16:2
**INDEX**
3:1 4:1
**individually**
22:3
**infant**

**1:5 15:19 41:1 42:2**
  43:5 56:19 57:24
**information**
54:17,19,23 55:7,9
  56:5 71:20 72:3
  73:13 86:19 87:4,11
  87:14 90:13 95:6
  96:13,21
**initially**
12:2 45:21 55:14
  58:22 62:1
**injuries**
52:19,20 77:14
**Inn**
1:18 5:11
**inquire**
30:15
**inside**
38:5 39:10 74:19
**inspector**
16:12
**instituted**
57:16
**instruction**
95:14
**instructions**
95:7
**instructs**
7:20
**interacted**
53:2
**interactions**
51:5
**interested**
99:13
**interesting**
95:4
**interrupt**
8:5,6
**interrupting**
17:16
**interruption**
48:13
**intestine**
66:22
**intestines**



68:2
**involved**
10:9,10,11 12:6
**in-home**
43:7
**irrelevant**
97:19
**issue**
59:10 67:10 74:20
**issues**
59:3 82:18

_____
**J**

**Jaclyn**
2:3
**January**
19:10 29:12,17,22
30:3 31:4 39:19
65:10,17
**Jazmin**
2:17
**job**
16:18
**join**
10:21
**Jose**
2:3 5:23
**July**
25:1,1 35:3,16 99:16

_____
**K**

**Kanawha**
14:9
**keep**
17:15,16 77:24 93:21
**keeping**
30:18,19
**keeps**
85:6,7
**kid**
63:18,18 81:13
**kids**
9:6 41:24 87:6
**kill**
79:21
**kind**

56:24 58:11 60:17,18
69:2 76:14 91:12
**knew**
44:8 55:16 62:5
69:17
**knife**
56:19
**knock**
68:18,18,19
**knocking**
68:20
**know**
7:9 8:11 9:23 11:17
11:19 12:1,10 17:2
21:4 23:8 24:18
25:2,7,18,20,23
29:20 32:12,15
35:22,23 37:19
39:17 43:16 44:1,2
44:3,21 49:24 51:2
52:7 53:1 54:21
55:3,11 58:8,11
59:13 60:16 61:1,8
64:13,14,15,18
65:23 69:3,24 70:3
70:17 74:22 75:11
75:11 76:17 77:10
77:18 79:8,23 80:5
80:23 81:2,7,9 82:9
82:12,17,22,23,24
83:8,9,15,19 90:14
90:23 92:11,12,21
92:22 93:7,16 96:8
**knowledge**
18:21,24 19:1,4 20:8
23:12 26:1 37:4
47:8 49:1 50:18
56:4 58:7,8,20 96:5
**known**
28:7
**knows**
35:19

_____
**L**

**L**
2:11

**labeling**
62:24
**labels**
62:18 63:2
**Laboratories**
1:5,10 5:7 6:21
**laborer**
16:4
**Lambert**
13:20,23
**latch**
58:23
**late**
68:20
**lawsuit**
9:4,22 10:2,22 12:4
18:1,7 55:17,19,22
75:19,20 76:10,18
76:21 77:2 80:9,13
80:20,21 85:8 87:17
**lawsuits**
76:16
**lead**
38:14
**learn**
24:22
**learned**
33:15 76:20,22 77:2
**leave**
44:22 72:2
**Lee**
6:15
**left**
44:18,24 54:11 71:16
72:2 90:20
**left-hand**
34:15
**Legal**
1:23
**Leigh**
2:16 5:12
**let's**
19:9 21:19 32:23
64:17 69:4 83:13
**LEVIN**
2:4,18

**LIABILITY**
1:6
**LIEFF**
2:7
**life**
42:4 67:8
**life-or-death**
42:8
**life-threatening**
42:10
**lights**
68:23
**line**
12:13 16:12 17:18
31:14
**lines**
68:1
**listed**
32:2
**listening**
73:19
**literally**
97:17
**LITIGATION**
1:6
**little**
16:14 23:5 24:16
40:3 61:2 63:15
64:17,21 76:1 81:1
84:13,16,19 90:10
93:21
**live**
14:14 15:1,3
**lived**
14:12
**LLC**
2:4,18
**LLP**
2:7,12
**located**
5:11
**location**
5:10
**long**
8:11,12 11:22 14:12
16:5,13 20:4 23:3,6



44:2,21 48:15 78:15
**longer**
53:24 78:12
**look**
26:6 31:13 34:13
36:15 76:2 88:22
89:13,18 95:3
**looked**
75:24
**looking**
26:11 52:13 57:12
76:18 88:24 95:8
**lookout**
52:22
**looks**
29:12,23
**lost**
79:22
**lot**
41:6 88:8 90:20
**low**
52:14
**luck**
11:13
**lung**
52:19
**lungs**
22:23

---

**M**

**M**
2:3 6:5
**Magna**
1:23 5:14
**maintained**
64:1
**making**
71:19
**Mar**
1:10,16 3:3 4:3,10
5:5,6,24 6:11,15,18
6:20 7:2 8:17,24
9:10,10,21 11:9
13:15 14:7,19,21,22
14:23 15:4,22 17:23
19:6 20:8 23:11

24:22 25:13 26:7,17
26:20 27:4,22 30:13
30:23 31:8 32:7
33:8 34:7,10 37:4
39:18 41:1,20 44:12
46:2 48:22 50:7
54:11 58:17 59:19
60:15 62:17 64:4,7
65:8 67:18 77:18
78:12 79:14 82:9
85:6,6 86:6,7 91:22
94:8 99:5
**marijuana**
37:4,7 39:5,13
**mark**
86:5,6 88:14
**marked**
4:8 26:4,8 30:11,14
30:16,19,20 33:6,9
86:7 88:16,19
**married**
14:18 78:12,15 87:5
**Mar's**
26:5 30:12 33:6
39:14 63:7 80:23
**mass**
76:17
**Master**
1:6
**match**
28:23
**matter**
5:6 56:21 77:7
**Maureen**
2:11 5:21
**McDonald**
45:22,22 46:3 65:6
65:13 68:6 69:24
70:9 71:17
**MDL**
1:5
**Meadows**
16:1
**mean**
29:19 41:11 52:16
53:17 56:18 60:3

64:18 72:18 78:23
79:21 81:4 84:20,20
91:3 95:20 96:14
97:20
**meaning**
12:4
**means**
28:21 31:20
**meant**
97:5
**Media**
5:4
**medical**
15:17 22:5 34:13
50:19 51:2 56:9
85:14,23 86:2
**meet**
13:10 50:19 63:12
**meets**
99:14
**memories**
77:23
**mental**
41:8 77:14 82:17
83:10
**mentioned**
19:5 64:6
**met**
63:10 66:10
**Methamphetamine**
17:13
**mid**
37:15
**mid-2013**
37:22
**milk**
20:14 24:3 43:14
57:5,10,14,19,21,24
58:4,18 59:3,11,15
59:20,23 60:8 61:14
61:17 62:1,3 64:8
64:16 89:23 90:20
95:24 96:3,6
**million**
25:4
**mind**

17:15 43:13 79:8
**minutes**
84:23
**Mischaracterizes**
89:8 93:2
**misdemeanors**
16:24 17:3 18:10
**mislead**
24:15
**missed**
25:23 84:14
**Misstates**
24:7
**misunderstood**
28:13,14 29:8 66:18
**mixed**
61:13,17 62:3
**mom**
72:16
**monitor**
62:9
**monitored**
50:21 52:5
**month**
20:5 23:7 33:15
**months**
9:24 12:1 14:13 16:6
27:8,10,12 29:4
79:3 84:21
**morning**
5:2,23 6:11,12 65:17
**mother**
13:16 43:14 47:6
49:4 50:15 56:18
72:22
**Mother's**
4:11
**Mountaineer**
4:10 33:23
**Move**
17:6
**moving**
12:7
**mrurka@winston....**
2:13



**N**

**N**
5:1 6:5,5
**name**
5:12 6:13 34:3 51:10
65:22 86:17,23
**names**
9:9 58:15
**natural**
21:7,15
**nature**
7:5 52:3
**near**
91:15
**NEC**
6:24 7:3 24:5,14
55:12,23 56:6 64:22
65:16 66:24 73:16
73:24 74:3,7,14,18
74:22,24 75:3,10
91:12
**necrotizing**
6:24 90:4,7
**need**
7:12,18 8:13 14:2
34:8 38:8,10 54:3
68:22 78:3,7 80:8
80:12 96:14
**needed**
40:23 44:4 48:14
54:24 69:10 70:19
71:11,12 73:8,9
87:11 90:17
**needing**
49:14
**needs**
77:16
**neither**
99:11
**neonatologists**
51:6
**neurologist**
19:23
**never**
28:2,6,12,23 61:16

61:21 62:17 64:16
**New**
2:8 4:2 19:23
**NICHOLAS**
99:2
**nicotine**
31:15,21 32:10
**NICU**
20:2,4 23:4 24:6 33:2
42:24,24 43:4 44:5
44:5 46:4 47:17
49:5,15 50:8,20,22
52:2 60:7 62:9 63:8
63:10,22,23 67:13
72:14,20 74:4 88:13
89:21 91:23 92:3,22
93:9
**night**
68:20
**nipple**
20:23
**Nodding**
50:4
**non-party**
86:18
**nope**
54:3
**North**
2:5
**Northern**
1:1 5:8
**Norwich-Westerly**
2:4
**Notary**
99:4
**notes**
99:8
**notice**
1:17 6:7
**noticing**
5:20
**number**
25:19
**numbers**
28:23
**Numberwise**

25:18
**nurse**
94:10
**nurses**
51:7 53:2 62:12
**nursing**
51:20
**nutrition**
1:5 15:19 60:7 90:16
**nutritionists**
51:23
**NY**
2:8
**N.D**
1:10

**O**

**O**
5:1 6:5
**oath**
8:15
**object**
7:18 22:3
**objection**
12:17 17:5,14,16
18:20 19:3,15,19
20:10,16,19,22 21:2
21:6,11 22:3,4,7,10
22:11 23:14,24 24:7
26:23 27:19 29:15
30:2 31:6,11,19,22
32:5,9,14 34:21
35:9,18 36:4,8,13
36:21,23 37:2,5,8
37:17,23 38:3,6
39:2,7,12,15 40:2
53:8,11 58:1 59:17
60:1 62:15,21 65:2
65:4 78:6,9 79:17
79:20 80:10,14
81:11,16,19,23 82:3
82:7 84:12,15,18
85:9,15,24 89:1,8
89:11,15,20 90:12
93:2 94:13 95:5
**objections**

5:15 7:20
**obligated**
8:18
**observe**
93:10
**obviously**
73:13 76:7 77:17
**OB-GYN**
25:12
**occasion**
81:17
**occasionally**
46:9
**offered**
57:21 58:9 89:23
**offering**
64:8
**office**
34:1
**officer**
68:15,17 69:4,5
70:22,23 71:2,7,18
**official**
78:23
**officially**
79:1
**Oh**
36:18
**okay**
7:5,9,14,17,21,22 8:3
8:4,8,9,14,17 9:20
10:1,13 11:12 12:3
13:7,13,17 14:7,12
14:18,23 16:11
17:12,20,22 19:5,9
19:24 20:4,13,17
21:19 22:1,9,20
23:3,15 25:7,15
26:2,13,20,24 27:17
27:21 28:4,14 29:1
29:4,24 30:11 31:13
32:1,7,12,16 33:5
33:11,13,17,20
34:13 35:2,10,16
36:11 39:7,23 41:10
41:16 42:13 44:7,15



MAGNA
LEGAL SERVICES

45:3,13 46:1,12
50:7 51:2,8 52:12
53:15,21 54:4 55:8
55:12,16 56:4 57:22
58:10,20 59:9 60:6
61:4,20,23 62:5,23
63:12,16,21 64:1,6
64:10,17 65:8,15
66:17,23 67:2,16,18
68:8,16 69:1,13
70:5,21 71:1,1,14
71:22 72:5,5,7,18
72:22 73:11,14 74:3
74:11 75:21 76:1,20
77:6,21 78:12,15
79:1,4,14,19 80:7
81:9 83:6,9 84:10
84:22,23 85:13,20
86:13 87:10,13,20
87:23 88:5,10,12
89:10,18 90:18 91:1
91:5,10,18 92:24
93:10,17 94:9,15,20
95:2,13,17,23 96:5
97:2,6 98:6,10
**old**
9:13,15
**older**
52:16
**once**
48:7 49:8,9,16 51:10
67:13
**ones**
25:14
**one-half**
27:13
**online**
10:5
**open**
13:4 68:19
**opinion**
21:14 59:5,7 76:11
**opportunity**
88:5
**options**
57:5,8

**orders**
45:1
**orient**
26:13
**original**
25:10
**Orleans**
19:23
**Osmose**
16:8,10
**outside**
63:23 95:21
**O'Connor**
2:17

---

**P**

**P**
1:7 5:1
**pack**
27:13 28:6 29:1,1,5,6
32:20
**packaging**
62:18,24 63:2
**packs**
27:2,9,11 28:12
32:18,19 34:19
**page**
3:3 4:2 26:24 29:16
36:15,16 86:13,14
**pages**
78:2
**Pallmeyer**
1:8
**paperwork**
86:1
**Paralegal**
2:17,17
**parents**
48:13 82:15
**parents-focused**
49:13
**Paride**
2:3
**part**
43:1 46:12 79:23
**participate**

86:2
**participated**
18:6
**participating**
6:2
**particular**
53:17 80:20
**parties**
99:12,13
**parts**
54:2 66:22
**party**
18:1 35:3,7,16 36:3
36:12 39:4
**passed**
55:13 71:3 72:13,14
72:23,23 73:7 78:19
**passing**
92:1,2
**pasteurized**
57:23
**patch**
31:15,21 32:10
**Patient's**
4:14 30:24
**pay**
84:8
**payments**
84:14
**percent**
68:1,2
**Perfectly**
23:10
**perform**
71:11
**periods**
27:3
**permission**
71:11
**person**
41:13
**personal**
7:7 58:7,8 76:11
81:24
**personally**
10:24 50:12 61:20

**phenobarbital**
19:22
**phone**
69:16 70:14,22 73:6
**phones**
69:15
**phonetic**
51:9
**physically**
82:5
**pick**
94:18
**place**
11:24 14:17 33:24
65:12 99:6
**placenta**
39:23 41:6
**plaintiff**
2:2 4:4 5:6,24 10:22
**Plaintiff's**
4:5,7 88:15,16,20
**plan**
12:9,15
**planning**
77:6,8,13
**plastic**
61:2
**please**
5:16 6:4,13 86:17
94:3
**plus**
76:9
**point**
12:10 27:24 30:1,6
51:21 62:4 71:3
73:19 92:11
**poles**
16:12
**police**
68:15,17 69:4,5,20
70:22 71:2,7,18
**position**
16:3,11 62:13
**positive**
37:1
**possession**



16:23 17:2,9,10
**possible**
67:3 80:4
**potential**
52:15
**potentially**
10:15,16 67:7
**pouring**
77:22
**power**
16:12
**prefer**
22:5
**pregnancy**
25:4 27:8,10,12 28:1
29:5 39:14
**pregnant**
24:22 33:16 38:2
39:10
**premature**
4:6 42:23,24 52:4,6
58:24 88:21
**prematurely**
23:1 49:15
**prematurity**
44:4 52:9
**prenatal**
25:12,21 34:11
**preparation**
86:15 87:1
**prepare**
13:7 14:4
**prepared**
41:7 67:12
**preparedness**
41:8
**preparing**
86:19 87:8
**present**
2:15 5:17 39:20
40:14 60:22
**preterm**
1:5 42:19 43:4
**prevent**
8:21 33:3
**previous**

17:6
**previously**
4:8 26:7 30:13 33:8
**prior**
18:16 82:18,19 83:1
83:2 90:2
**probably**
8:11 23:7 28:16,22
69:14 87:4
**probative**
38:7,9
**Procedure**
1:16
**Procedures**
31:13
**proceeding**
5:16
**proceedings**
18:6
**process**
43:2
**produce**
59:6,8,22 76:6
**producing**
24:3 57:4 59:2,3
**product**
7:3
**PRODUCTS**
1:6
**professionals**
51:3
**program**
57:16
**programs**
57:10,13,14,15
**progress**
85:7
**promise**
11:3
**properly**
43:6 67:9
**provide**
20:14 58:17,22 86:17
**provided**
86:18
**providing**

53:5
**Public**
99:4
**pull**
79:11
**pump**
24:1 43:14 59:20,21
60:15
**pumped**
20:11 23:20 24:1
59:1,1
**pumping**
58:22 59:23
**purpose**
92:10 99:6
**pursuant**
1:17 6:6
**pursued**
90:14
**put**
37:10 49:14 56:19
65:6,12 69:17

--- **Q** ---

**qualified**
99:5
**question**
7:14 8:6 12:21 17:6
22:12,15 27:1 34:7
34:8 37:18 38:7
41:19 54:12 55:6,7
56:20 58:11 62:23
66:16 72:12 74:6
77:9,12 80:15 91:13
93:4,14,23,24,24
94:3 97:7,16,18
98:1,3,5,8
**questioning**
60:20 87:24 88:2
**questions**
7:7,17,18,19 17:5
22:4 24:20 38:13
45:17 56:10 60:13
64:20 80:3 87:3
88:1,6,9 91:19
93:18,19,22 98:11

**Quickly**
44:1

--- **R** ---

**R**
2:6 5:1 6:5
**rabbit**
76:5 77:3
**Raeghan**
2:17
**RaiLee**
6:18,21 9:18,22
12:19 14:15 24:23
26:13,21 30:8,10
32:8 41:21 42:3,15
43:17 45:3,6,9 46:3
47:3,10,16 48:18,22
49:5 50:2,8,16 52:2
53:5 54:14 55:2,13
56:13 57:2 58:17,17
58:18 59:24 60:3,14
60:22 61:14,16,20
62:6,10,18 63:1
65:16 66:9 67:16
71:3 74:9 77:23
78:19 79:13 85:14
89:23 91:5 95:19
96:22
**RaiLee's**
7:3 28:22 39:19
49:21 50:19 51:3
60:10 79:5,15 80:8
82:18,19 83:1,2,4
**raised**
94:5
**raising**
94:4
**ran**
60:8
**reach**
10:6 70:22
**reached**
10:6
**read**
55:15,19 76:15 94:16
95:2 99:10



**reading**
29:16 76:6 94:21
**really**
10:7 80:21
**Realtime**
1:18 99:19
**reason**
7:21 32:1 71:19 79:7
  79:9
**reasonably**
38:14
**Rebecca**
1:7 13:20
**recall**
23:6 25:10,15 37:14
  37:21 40:12 47:13
  47:17 49:11 51:19
  51:23 52:3,23,24
  53:1 55:15 57:3,9
  57:13,15,18,21,22
  58:2 60:10 63:16
  64:10 66:9 68:9
  73:17,18,21 74:2,11
  87:1,8,10 89:24
  90:1
**received**
60:22 72:3
**RECK**
2:4,18
**recollect**
41:9
**recollection**
27:14 28:4 34:5,10
  65:3 70:9
**record**
4:10 5:3,19 6:14 7:9
  7:20 24:8,14 54:6,7
  54:9 85:1,2,4 88:7
  98:14
**Recreationally**
37:9
**reduced**
99:9
**refer**
29:9
**referenced**

88:12
**referring**
14:22
**refers**
77:18
**reflecting**
27:18
**reflection**
27:20
**refrain**
94:3
**refusal**
4:14 31:1,9 32:2
**refuse**
97:18,20
**refused**
31:14,20,21 32:10
**regarding**
12:19 17:5
**regardless**
32:3
**Regional**
4:13
**Registered**
1:17 99:19
**regularly**
21:9 47:20,22 83:24
  84:1 85:7
**Reidon**
9:10,11,15,17 21:19
  21:20,21,22 23:11
  24:5,14 41:3 58:12
  58:13,14,16 83:21
  83:22,23,24
**Reidon's**
22:5,17,18
**related**
6:24 99:11
**Relates**
1:9
**relation**
18:9
**relationship**
64:1 81:15
**relationships**
80:24 81:5

**relative**
90:7 99:12
**release**
4:14 30:24 31:8 43:1
**relevance**
22:8,9,10 38:23,23
  39:1
**relevant**
80:15
**relied**
56:12 60:6 85:13
**rely**
62:9
**remember**
40:4 43:3,8,10,11
  49:17 51:9,24 59:9
  59:10,13,14,18
  60:13,16,20 62:8
  64:23 65:1,22 72:9
  78:3,8
**remembering**
62:4
**remotely**
5:18 6:2
**remove**
66:22
**Rephrase**
96:19
**reporter**
1:17,18 5:14 6:4 8:2
  8:7 35:11 45:18
  85:19 99:19,19
**representing**
5:12
**request**
7:13 99:10
**requirements**
99:14
**requires**
88:8
**reread**
66:16
**research**
55:12 56:1,3
**response**
11:12

**Responsibility**
4:14 30:24 31:9
**retained**
4:7
**returned**
70:8
**review**
11:14 14:4 87:20
**re-ask**
62:23 96:18,20
**right**
8:1 9:17 13:21 15:3
  15:17,18 19:10
  20:18 21:23 23:1,19
  25:1 28:18,19,21
  29:3 32:10 33:14,16
  33:20 39:24 42:16
  44:1,19 45:8 46:17
  49:5 50:2,5 51:13
  55:14 62:20 63:5,22
  64:22 65:9,17 66:3
  69:8,11 70:11,16
  72:5,8,10,23 73:20
  74:20 77:1 78:13
  79:1,5 88:24 89:22
  90:2 97:24 98:8
**ring**
59:11 69:15
**risk**
90:6
**risks**
42:19 52:8,15 90:3
**Road**
1:18 2:4
**rocky**
81:6
**Rojas**
2:3,4,18 3:5 5:23,23
  10:12,14 12:17,20
  13:10,14 17:4,14,20
  18:20 19:3,15,19
  20:10,16,19,22 21:2
  21:6,11 22:2,8,14
  23:14,24 24:7,10,13
  26:9,23 27:19 29:15
  29:19 30:2,15,18,21



31:6,11,19,22 32:5
32:9,14 34:21 35:9
35:18 36:4,8,13,21
36:23 37:2,5,8,17
37:23 38:3,6,10,13
38:17,21 39:3,7,12
39:15 40:2 53:8,11
58:1 59:17 60:1
62:15,21 65:2,4
78:6,9 79:17,20
80:10,14 81:11,16
81:19,23 82:3,7
84:12,15,18 85:9,15
85:17,20,24 88:1,4
88:14,18 91:18
92:15 93:2,14,23
94:5,13 95:5 98:12

**rojas@ctlawyer.net**
2:5

**Ronald**
45:21,22 46:2 65:6
65:12 68:5 69:24
70:9 71:17

**room**
48:9,14 63:24 94:11

**round**
61:2

**rounds**
48:7,10,15

**rules**
1:16 38:22

**run**
90:19

**run-in**
33:2

**ruptured**
39:23 41:7

**Rurka**
2:11 3:4,6 5:21,21
6:1,10 17:8,18,21
22:6,9,15,16 24:12
24:17 26:10 29:17
29:21 30:17,19,22
33:10 35:13,21 38:8
38:11,16,19 39:1,6
39:8 54:4,10 84:22

85:5,21 86:9 87:24
89:1,3,8,15,20
90:12 91:21 93:20
94:2,7 98:10

---

**S**

**S**
5:1

**sadness**
77:23

**save**
41:13

**saw**
10:5 19:23 62:17
71:15 88:12 89:5
92:14,19 94:9,9,11
94:23

**saying**
29:7 30:9 41:14
54:22 57:18 59:14
64:7,7 69:21 70:6

**says**
27:8,10,13 31:14
34:18 35:2,20 36:2
37:1 86:14,17 96:14

**SCDs**
31:14

**schedule**
12:11

**school**
15:4,12,14

**screaming**
40:7

**search**
76:3 77:4

**second**
26:3,3 27:12 29:4,9
32:17 63:3

**second-guess**
56:16

**second-to-last**
86:14

**see**
27:6,7 28:17 29:7
30:8 31:2,3,5,7,10
31:17,18 32:4,6

33:12,21,22 34:15
34:20,22 35:4,5,8
35:14 36:5,6,19,22
36:24 37:1,3 43:17
43:22 45:3,6,8 47:2
47:16,22 48:6 62:24
69:10,10 71:2,23
72:1 83:20,24 86:14
86:21,22 89:5 91:22
91:24 92:6,14,24
93:6 94:10

**seeing**
59:9 89:12

**seek**
77:6,13

**seen**
26:15 70:19 86:10,11
89:13,19 92:22 93:7

**seizures**
19:21

**semblance**
80:17

**sense**
36:14 49:11 76:14
80:19 92:13 93:17
94:8

**sensitive**
7:10 60:19,19 73:13
79:8

**sensitivity**
41:18

**sent**
68:15 69:5,12,16
70:22,23

**separate**
78:17

**separated**
80:24

**separately**
30:16

**separation**
78:23

**serious**
33:1 41:6 97:4

**Services**
1:23

**set**
70:3 99:14

**seven**
78:16 87:5

**shared**
28:8,10 29:11 32:22

**sheet**
4:4 86:15,20 87:2

**shorthand**
99:8

**shortly**
43:24

**show**
26:2,4 30:11,23 33:5
86:5

**shower**
49:3 65:13

**showing**
88:19

**sic**
5:6

**side**
34:15

**sign**
86:1

**signed**
29:12 31:8

**signing**
73:4

**silver**
61:6

**Similac**
4:6 88:21

**similar**
89:6,13,18 93:8

**sir**
39:9 93:13 97:16,23
98:1

**sit**
47:24

**situation**
42:8,10 93:19

**six**
16:6

**sleep**
70:20



**sleeping**
39:21 68:18 70:1
**slept**
43:6
**slightly**
56:23
**small**
68:3
**smaller**
52:14
**smoke**
27:2 29:1 31:21 32:3
32:8 38:5 39:10,13
**smoked**
27:15,18 28:1,5,6,12
28:24 29:5 38:1
**smoker**
28:9
**Smokes**
34:18
**smoking**
28:9 31:16 32:16,18
32:19,20,20 34:24
**somebody**
10:6 68:20 69:12,17
79:23
**soon**
24:24
**sorry**
14:10 15:8 16:9
21:21 34:8 35:14
37:18,19 41:10 42:5
45:12 58:14,14
62:23 63:3 66:16,18
68:22 69:4 70:7
71:9 72:6 76:24
77:8,9 78:7 83:23
85:17 87:7 89:16
93:11,13 96:18
97:16
**sort**
52:9,12,18 56:4,5
57:7 67:3 81:22
**Sotos**
2:11 6:1
**sound**

25:1 33:16,18 42:10
63:5 65:17
**sources**
16:17
**speak**
8:24 47:10 51:22
56:20 63:14 74:14
**special**
4:6 60:18 88:21
**specific**
63:2
**specifically**
52:19
**specified**
99:6
**spend**
23:3
**spoke**
13:3 51:13,16 52:1
**spoken**
81:14
**staff**
51:20 56:6,10
**stamp**
37:10
**standard**
52:6,16
**standing**
17:15 22:2,4,10
68:21
**Stanley**
63:5,12 64:2,8
**start**
42:5
**started**
10:7 39:22 76:5
**starves**
97:24
**state**
4:11 5:16,18 6:13
17:5 26:11 32:24
41:8 99:1,4
**statement**
38:22
**STATES**
1:1

**stating**
7:2
**stay**
44:15 45:19 46:6,9
46:12 67:13
**stayed**
44:17 46:2,11 65:16
71:13,21
**staying**
13:6
**step**
74:5
**stepfather**
47:6 49:4 50:16
72:19
**stepmother**
47:9
**steroid**
22:24
**Stonington**
2:5
**stopped**
23:18 57:4 59:2,20
59:23
**stopping**
20:17
**store**
25:4
**story**
77:16,17 80:22,22
**Strawn**
2:12 5:22 6:2
**Street**
2:7 14:9
**strike**
17:6
**stuff**
48:14 52:6,17 63:18
72:9
**subcategory**
76:8
**Subject**
87:24
**submitted**
87:21
**substance**

17:11,12
**sufficient**
60:15
**suicide**
79:15 83:1
**suing**
6:20
**Suites**
65:24 68:7,9 70:3
**summer**
84:7
**Summersville**
1:18 4:13 5:11 30:7,8
44:6,12,18 46:17
**support**
84:8,10
**supposed**
12:18
**sure**
8:7 9:23 10:16 12:1,2
12:14 26:16,19
30:21 34:4 35:23
59:12 71:19 72:8,10
76:24 83:2 90:16
98:3
**surgeon**
66:10,11
**surgery**
49:23 50:2 66:19
67:16,21 70:18 71:8
71:10,12,15,21
**Sutton**
14:16
**swaddling**
43:6
**swear**
6:4
**switch**
23:23
**switched**
23:22 43:16
**sworn**
6:7 99:7
**system**
91:6 95:17,21,24



**T**

**T**
6:5
**table**
92:9
**take**
7:13,14 8:2,10,12
12:12,13 20:23 26:6
45:8 53:22 54:4
74:5 84:22 88:22
95:3
**taken**
1:16 5:5 91:8 95:19
99:5,8,12
**talk**
11:9 12:20,21 13:10
13:14,23 19:9 21:19
47:14 52:8,19 64:17
64:21 82:14
**talked**
19:5 51:10 58:10,12
58:16 63:4,20 81:20
89:22
**talking**
10:7 39:9 49:23 51:8
54:12 63:19 83:6,7
**Taylor**
2:17
**team**
50:19 51:3,6 60:7
62:9
**tears**
50:1 74:19
**tell**
9:23 10:1,18 11:22
11:24 13:3,4 17:1
21:5 26:19 37:9
40:3 43:9 44:7
54:20 55:1 57:1
59:12 66:23 67:2
73:14,17,23 74:1,23
76:1 79:19 82:1
95:3
**telling**
40:21 73:18

**terminology**
42:11
**terrible**
42:12
**tested**
19:2
**testified**
6:7 18:4 62:17 88:23
**testify**
8:19 11:1 12:9,15,18
12:22
**testifying**
11:4,7,23 29:24
**testimony**
89:9 93:3 98:15
**tests**
25:4
**thank**
22:15 26:9 72:5,10
72:11 87:23 98:12
**Thanks**
54:11
**THC**
35:7 36:3,12,22
**thing**
14:2 23:21 34:14
36:17 37:13 40:14
48:12 61:7 66:12
92:8
**things**
9:6 12:8 43:6,7 57:11
63:19 76:15 81:20
81:22,24
**think**
19:20 20:5,13 23:15
26:17 28:14 35:24
36:7,9,17 48:3 53:4
53:9 54:14,23 61:6
65:23 66:1 70:13
78:2,18 80:13 83:3
83:20 86:14 88:7,8
90:8 95:4,12
**Thomas**
6:15
**thought**
52:7 61:24 71:15

**three**
27:8,9,10,12 28:12
29:4 32:18 47:7
78:22 87:6 93:15
94:1,3
**thrown**
64:15
**time**
5:16 11:19,24 13:24
14:14,18 22:12 23:3
27:3,18,24 28:7,10
32:13 37:10,21
42:16,18 46:3 48:8
50:10,15,24 51:19
53:4 54:5,8 61:11
61:18 62:5 64:23
74:6,15 78:4,10
83:7 84:24 85:3
87:16 90:22 92:4
95:1 96:3,7,8 99:6
**timeline**
71:14
**times**
93:15 94:1,3
**timing**
77:1
**tiny**
44:5
**tired**
71:16
**titles**
51:24
**Tobacco**
34:15
**today**
8:15,22 11:10,15
13:1,8,15,18 53:9
75:2 96:5,21
**today's**
14:5 27:22 30:16
98:15
**told**
10:8,10,13 11:6,11
12:5 40:22 44:9
58:23 66:11,13
67:24 69:9 71:19

73:8,9,22 74:4
77:16,16 79:18,21
80:16 81:18 82:5
90:3 91:4 93:6
**tone**
93:21
**top**
33:12 61:2,7
**topic**
7:10 27:21 28:2
41:20 79:8 80:2
**total**
49:9
**totally**
56:22
**trade**
15:12
**training**
15:17,19 54:21
**transcript**
11:14 99:10,14
**transferred**
30:9,10 43:22 44:11
**transition**
20:24
**transportation**
14:2
**travel**
12:11
**treating**
56:13
**treatment**
4:14 31:1,9 56:16
57:2
**trial**
12:9,16,23 18:4
**tried**
20:13 23:13,15 58:22
79:21
**trimester**
29:9 32:17
**trimesters**
29:10
**trip**
47:2
**true**



28:23 35:19,22,23
56:2 85:6,13,22
**trusting**
95:1
**truth**
13:4
**truthfully**
8:19
**try**
8:5,6,10,12 58:17
62:2 77:23 80:3
83:13
**trying**
28:16 30:1,5 49:11
55:4 69:2 73:20
76:13 80:19 87:7
92:13 93:5,13,16,16
94:8 95:9
**tube**
92:11
**turned**
68:23
**twenty-seven**
99:14
**twice**
49:8,9,16
**two**
9:8 19:7 27:11 32:17
32:19 48:16 70:1
76:9,9 78:2,17 81:5
**Tyler**
81:7,9,15,21
**typewriting**
99:9

_____

**U**

**Uh-huh**
34:17 40:1
**umpteen**
25:4
**unable**
59:19 60:15
**underdeveloped**
22:23
**understand**
6:20,23 7:6,15,16

8:15,18 24:5 26:20
31:23,24 32:7,11
36:10,11 39:23
40:16 41:18,18
45:16,16 50:21 55:4
55:21,24 56:22 69:1
69:19 73:20 76:13
77:11 80:1,1,19
87:13,17 90:18,24
93:4,18 98:3,5
**understanding**
42:18,21 50:24 69:6
74:17 90:11
**understood**
76:14
**Unit**
5:4
**UNITED**
1:1
**unnatural**
45:15 77:10
**unsure**
12:10 53:14,15,16
**updated**
85:7
**updates**
68:11
**use**
4:6 32:10 37:4,7 95:7
95:7,13 96:14
**Utilities**
16:8,10
**U.S**
5:7

_____

**V**

**v**
1:10
**Vague**
12:17
**Vaguely**
10:3
**value**
38:7,9
**ventilator**
68:3,4 70:19 71:23

**verbal**
7:23
**Veritext**
5:13
**Veronica**
2:11 6:1
**versus**
5:6
**Video**
1:16
**videographer**
2:16 5:2,13 6:3 54:5
54:8 84:24 85:3
98:14
**video-recorded**
5:5
**Virginia**
1:18 4:11 5:11 14:9
14:11,16 26:12 99:1
99:15
**visit**
33:21 47:20 48:4
67:16 73:4
**visited**
49:5 50:8,10
**visiting**
73:3
**voice**
94:4,6
**vsotos@winston.co...**
2:14

_____

**W**

**Wacker**
2:12
**wait**
45:16,17
**waited**
66:13 70:17
**waiting**
63:23 67:15 70:17
71:24
**wake**
69:16
**wall**
40:6

**want**
17:4 26:6 32:2 53:22
57:1,1 62:7 86:5
97:22 98:3
**wanted**
10:21 21:4,5 32:7
41:7 45:3,6 46:1
49:24 57:2 62:2,6
64:21 69:19 72:8,10
**wanting**
97:21
**warned**
90:6
**warning**
91:12
**washed**
47:22
**wasn't**
10:16 24:3 25:14
32:16,18,19,19
37:13 40:14 42:23
58:6 59:20 62:2
72:20,24 73:19
**watch**
52:10,16
**watching**
43:5
**water**
64:23
**way**
21:7,17 41:17 43:6
46:23 48:14 68:11
89:10 91:6,7,16,17
**ways**
46:23
**wear**
31:20
**wearing**
31:14,14,15
**Webster**
1:18
**week**
12:13 46:11,13 84:3
**weekend**
84:3,4,4,7
**weeks**



42:15
**weigh**
41:20
**weight**
52:5,14
**Wendy**
2:6
**went**
20:1 25:5 34:10
45:19 46:6 66:12
67:21 68:7 70:2,8
71:16,23 72:1 73:12
76:5
**weren't**
72:12,14 92:4
**West**
1:18,18 2:12 4:11
5:11 14:9,11,16
26:12 99:1,15
**Weston**
33:24
**We'll**
80:3
**we're**
91:2
**wfleishman@lchb....**
2:9
**whatnot**
9:6
**wife**
50:17
**Winston**
2:12 5:21 6:1
**wit**
99:2
**witness**
6:4,6 10:11,14,16,19
11:23 24:15 38:18
38:20 39:3 93:22
99:7,9
**woke**
39:21 40:6 70:15
**wondering**
52:18
**word**
44:1

**words**
79:9
**work**
12:11 45:24 46:13,18
46:20 62:14
**worked**
14:3 16:15 43:15
**working**
25:14
**Worksheet**
4:12 26:12
**wouldn't**
20:23 51:24 91:13,14
**wrap**
84:23
**write**
78:1
**written**
99:9
**wrong**
44:1 71:14
**wrote**
78:2
**www.MagnaLS.com**
1:24

**Y**

**Y**
6:5
**yeah**
12:5 13:22 15:3
17:18 22:9 23:5
25:2 29:3,14 30:3
36:18 44:20 45:22
46:24 47:22 48:2,6
60:2 61:5,5 65:11
65:20 69:23 70:6,12
78:21,24 79:3 82:16
86:16,24
**year**
16:14
**years**
67:8 78:16,19 87:5
**yes-or-no**
12:21
**York**

2:8

**Z**

**Zoom**
2:3,6,11,17,17

**0**

**06359**
2:5

**1**

**1**
4:4,6,7 5:4 29:14
86:6,7 88:15,16,20
**1st**
31:4
**1:22-cv-00071**
1:6
**10**
9:16 84:23 87:5
**10:08**
54:5
**10:15**
54:8
**10:47**
84:24
**10:58**
85:3
**10013**
2:8
**11:12**
1:19 98:15,16
**12th**
29:13,18 65:10
**13**
9:14
**14**
27:1
**14th**
65:17
**15**
30:12 33:7
**15th**
26:5
**18**
36:15

**1995**
6:17

**2**

**2**
30:4
**2nd**
29:17,22,23 30:3
**20**
25:1 68:2 86:13
**2012**
15:7,9 19:10
**2013**
25:1 33:11 37:14
**2014**
29:13,22 31:4 39:19
**2015**
21:22
**2017**
78:18
**2018**
78:18
**2023**
26:5 30:12 33:7
**2024**
4:7
**2025**
1:19 5:3 99:16
**2027**
99:16
**212**
2:8
**22nd**
6:17
**22-cv-00232**
1:10 5:9
**23rd**
1:19 5:3
**24**
44:23 50:21 88:21
**250**
2:7
**26**
4:11
**27**
4:10 33:6,8



**28**
4:11 26:4,7 36:15
  42:15
**28th**
99:16
**29**
4:13 30:12,13

---
**3**
---
**30**
4:13
**3026**
1:5
**33**
4:10
**35**
2:12
**355-9500**
2:8
**391**
2:4

---
**4**
---
**4**
26:24

---
**5**
---
**5**
99:16
**54**
14:17
**5400**
1:18

---
**6**
---
**6**
3:4
**60**
68:1
**60601**
2:13

---
**7**
---
**70**
68:1
**700**

14:9

---
**8**
---
**8**
29:16
**8th**
2:7 33:11
**86**
4:4
**866-624-6221**
1:23
**88**
3:5 4:6

---
**9**
---
**9:21**
1:19 5:3
**91**
3:6
**911**
40:7,7

